**#19 Motion for Entry of Interim and Final Order (I) Authorizing Debtors to (A) Use Cash Collateral e.al..**

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Little River Healthcare Holdings, LLC. vs | | DISTRICT COURT Western (San Antonio) | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>Morris Weiss | DEFENDANT'S ATTORNEY | DOCKET NUMBER<br>18-60526 K-11 | |
| | | TRIAL DATE(S)<br>07/26/18 | |
| PRESIDING JUDGE<br><br>RONALD B. KING | ELECTRONIC COURT RECORDING OPERATOR<br><br>Becky Gomez | COURTROOM DEPUTY<br><br>Deanna Castleberry | |

FILED
JUL 26 2018
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 07/26/18 | XXXX | XXXX | Color Flow Chart |
| 2 | | 07/26/18 | XXXX | XXXX | Declaration of Ronald Winters in Support of First Day Motions |
| 3 | | 07/26/18 | XXXX | XXXX | Debtor In Possession Financing Amendment to Credit Agreement |