

Little River Healthcare Holdings LLC, et al.

18-60526 K

**FILED**

JUL 2 7 2018

U.S. BANKRUPTCY COURT
BY_____DEPUTY

# DECLARATION OF RONALD WINTERS IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS' ASSUMPTION OF THE EMPLOYEE LEASE AGREEMENT

