| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: Little River Healthcare Holdings, LLC | |
| United States Bankruptcy Court for the: Western District of Texas | X Check if this is an amended filing |
| Case Number (If known): 18-60526 | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AMERICAN EXPRESS 1017<br>1105 LAUREL OAK RD.<br>SUITE 136<br>VOORHEES, NJ 08043 | CONTACT: SHRADDHA BHARATIA, CLAIMS ADMIN<br>FAX: (978) 738-6942<br>PROOFOFCLAIM@BECKET-LEE.COM | TRADE DEBTS | | | | $3,526,254.25 |
| 2 | OUTREACH MANAGEMENT SOLUTIONS, LLC<br>DBA TRUE HEALTH OUTREACH<br>6710 RESEARCH RD, SUITE 211<br>FRISCO, TX 75033 | PHONE: (877) 443-5227<br>FAX: (804) 343-2704<br>INFO@TRUEHEALTHDIAG.COM | TRADE DEBTS | | | | $3,402,221.94 |
| 3 | CERNER CORPORATION<br>2800 ROCKCREEK PARKWAY<br>KANSAS CITY, MO 64117 | CONTACT: MARK C ELKINS<br>PHONE: (816) 201-0550<br>FAX: (816) 201-7057<br>MELKINS@CERNER.COM | TRADE DEBTS | | | | $1,401,434.82 |
| 4 | PHARMERICA HOSPITAL PHARMACY SERVICES, LLC DBA LUKER PHARMACY<br>1901 CAMPUS PLACE<br>LOUISVILLE, KY 40299 | CONTACT: BERNARD RICHARDSON<br>PHONE: (830) 833-4499<br>FAX: (830) 833-5960<br>DLUKER@LUKERRX.COM;<br>BERNARD.RICHARDSON@PHARMERICA.COM | TRADE DEBTS | | | | $1,362,923.86 |
| 5 | JACOBS MARKETING, INC.<br>17484 NW FREEWAY, SUITE 276<br>HOUSTON, TX 77040 | | SETTLEMENT | | | | $1,329,340.31 |
| 6 | NEXT LEVEL HEALTHCARE CONSULTANTS<br>47 SOUTH WIND DRIVE<br>MONTGOMERY, TX 77356 | CONTACT: TINA BARKSDALE<br>PHONE: (844) 807-9734<br>TINA.BARKSDALE@NLHPARTNERS.COM | SETTLEMENT | | | | $761,286.00 |

Debtor: Little River Healthcare Holdings, LLC                                    Case Number (if known): 18-60526

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | HING-SHEUNG EUGENE FUNG, M.D., P.A. 611 W. HIGHWAY 6, STE. 101 WACO, TX 76710 | CONTACT: EUGENE FUNG, M.D. AND ALISON FUNG PHONE: (254) 755-4582 FAX: (254) 755-4585 | SETTLEMENT | | | | $629,153.49 |
| 8 | REV MD PARTNERS, LLC 1111 PASQUINELLI DR SUITE 400 WESTMONT, IL 60559 | PHONE: (855) 896-9990 FAX: (630) 749-4292 SALES@REVMDPARTNERS.COM | TRADE DEBTS | | | | $601,030.32 |
| 9 | ASCEND PROFESSIONAL CONSULTING INC 1391 CALDER AVENUE SUITE A BEAUMONT, TX 77701 | CONTACT: MARK SWARTZ MSWARTZ@ASCENDPLANNING.COM | TRADE DEBTS | | | | $600,611.77 |
| 10 | GE HEALTHCARE #14456 500 W. MONROE STREET CHICAGO, IL 60661 | PHONE: (800) 526-3593 FAX: (877) 295-8102 GEHCWIRE@GE.COM; CS-US@GE.COM | TRADE DEBTS | | | | $464,883.28 |
| 11 | BBL, LLC DBA BBL CONSTRUCTION SERVICES LLC 302 WASHINGTON AVE EXTENSION ALBANY, NY 12203 | CONTACT: JIM CHURCH & KEVIN MOORE JCHURCH@BBLINC.COM; KMOORE@BBLINC.COM | TRADE DEBTS | | | | $399,316.86 |
| 12 | ALIXPARTNERS HOLDINGS, LLP 2000 TOWN CENTER, SUITE 2400 SOUTHFIELD, MI 48075 | PHONE: (630) 862-9384 KSUNDT@ALIXPARTNERS.COM | TRADE DEBTS | | | | $393,474.61 |
| 13 | DML SLEEP DIAGNOSTICS, LLC 14603 HUEBNER ROAD BUILDING 2 SAN ANTONIO, TX 78230 | | TRADE DEBTS | | | | $362,436.54 |
| 14 | ALCON LABORATORTIES, INC ALCON LABORATORIES INC PNC BANK\LOCKBOX 3714 SOLUTIONS CENTER CHICAGO, IL 60677 | CONTACT: JASON CHAVEZ PHONE: (817) 568-6580 FAX: (817) 568-7153 JASON.CHAVEZ@ALCONLABS.COM | TRADE DEBTS | | | | $349,790.16 |
| 15 | GE HEALTHCARE FIN SERVICE P.O. BOX 641419 PITTSBURGH, PA 15264-1419 | CONTACT: LISA M. PETERS PHONE: (402) 661-8609 FAX: (402) 346-1148 LISA.PETERS@KUTAKROCK.COM | EQUIPMENT LEASE | | | | $329,075.78 |
| 16 | SHI INTERNATIONAL CORP 290 DAVIDSON AVENUE SOMERSET, NJ 08873 | CONTACT: GREG ROHLEDER & JENNY FRANCIS PHONE: (888) 235-3871 GREG_ROHLEDER@SHI.COM; JENNY_FRANCIS@SHI.COM | TRADE DEBTS | | | | $319,048.60 |
| 17 | ARAMARK UNIFORM SERVICE INC 115 N FIRST ST BURBANK, CDA 91502 | CONTACT: MIKE FADDEN, PRESIDENT PHONE: (888) 999-6780 FAX: (859) 422-1760 M.FADDEN@UNIFORM.ARAMARK.COM | TRADE DEBTS | | | | $290,527.00 |

Debtor: Little River Healthcare Holdings, LLC  Case Number (if known): 18-60526

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | GRANT THORNTON LLP 33562 TREASURY CENTER CHICAGO, IL 60694-3500 | CONTACT: TIFFANY HARPER PHONE: (312) 602-8948 FAX: (312) 602-8099 TIFFANY.HARPER@US.GT.COM | TRADE DEBTS | | | | $246,257.18 |
| 19 | GA HC REIT II TEMPLE MOB, LLC 62781 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0627 | PHONE: (214) 916-5670 | TRADE DEBTS | | | | $231,143.40 |
| 20 | SCI SOLUTIONS 720 THIRD AVENUE SUITE 1000 SEATTLE, WA 98104 | FAX: (408) 378-0347 AR@SCISOLUTIONS.COM | TRADE DEBTS | | | | $214,872.23 |
| 21 | COMPUTER PROGRAMS ANS SYSTEMS, INC EVIDENT LLC 6600 WALL STREET MOBILE, AL 36695 | PHONE: (800) 711-2774 FAX: (251) 639-8214 SALES@EVIDENT.COM | TRADE DEBTS | | | | $202,503.11 |
| 22 | THERACOM, LLC ATTN: BAYER WOMEN'S HEALTHCARE LLC ATTN: CLAUDIA FRIEDMAN 3101 GAYLORD PARKWAY, MAIL STOP : 2N-C155 FRISCO, TX 75034 | PHONE: (469) 365-7619; (713) 444-5709 CLAUDIA.FRIEDMAN@BAYER.COM | TRADE DEBTS | | | | $200,973.36 |
| 23 | FUJIFILM MEDICAL SYSTEMS 419 WEST AVENUE, BUILDING 7 STAMFORD, CT 06902-6300 | INFOMP@FUJIFILM.COM | TRADE DEBTS | | | | $199,706.09 |
| 24 | UNITED BIOLOGICS, LLC DBA UNITED ALLERGY SERVICES 70 NE LOOP 410, SUITE 600 SAN ANTONIO, TX 78216 | INFO@UNITEDBIOLOGICS.COM | TRADE DEBTS | | | | $162,843.29 |
| 25 | CENTRAL TEXAS UROLOGY 601 W HWY 6 STE 105 WACO, TX 76710 | MSTORY@LRHEALTHCARE.COM | TRADE DEBTS | | | | $142,941.03 |
| 26 | SANOFI PASTEUR ATTN: JOHN HEALEY 12458 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | PHONE: (570) 957-1638 FAX: (866) 636-3762 JILL.BINGHAM@SANOFIPASTEUR.COM; JANET.VOORHEES@SANOFIPASTEUR.COM; JOHN.HEALEY@SANOFI.COM | TRADE DEBTS | | | | $139,024.20 |
| 27 | CLINICAL PATHOLOGY LABORATORIES, INC. 9200 WALL STREET AUSTIN, TX 78754 | PHONE: (254) 714-1100 FAX: (254) 714-1876 INQUIRIES@CPLLABS.COM | TRADE DEBTS | | | | $132,080.53 |
| 28 | CENTRAL TEXAS PATHOLOGY LABORATORY, P.A. 601 HWY 6, SUITE 111 WACO, TX 76710 | PHONE: (254) 752-9621 FAX: (254) 752-8378 JWHITE@LRHEALTHCARE.COM | TRADE DEBTS | | | | $126,204.66 |
| 29 | HOLOGIC INC. ATTN: CYNTHIA THIERS 24506 NETWORK PLACE CHICAGO, IL 60673-1245 | PHONE: (508) 263-8389 CYNTHIA.THIERS@HOLOGIC.COM | TRADE DEBTS | | | | $118,791.50 |

Debtor: Little River Healthcare Holdings, LLC  Case Number (if known): 18-60526

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30  AMERICAN REALTY CPTL HEALTHCARE TRUST II OPERATIONS HEALTHCARE TRUST, INC ATTN AR/JONATHAN DEDELLIS 200 DRYDEN RD, STE 1100 DRESHER, PA  19025 | PHONE: (215) 449-3641 INFO@AR-GLOBAL.COM | TRADE DEBTS | | | | $115,896.00 |