IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN THE MATTER OF:                                                  CASE NO. 18-60526

LITTLE RIVER HEALTHCARE
HOLDINGS, LLC, ET AL

   DEBTORS                                                          CHAPTER 11

THE COUNTY OF BASTROP, TEXAS, BELL COUNTY TAX APPRAISAL DISTRICT, THE CITY OF WACO, TEXAS, THE COUNTY OF MILAM, TEXAS, COMSTOCK INDEPENDENT SCHOOL DISTRICT, THE COUNTY OF WILLIAMSON COUNTY, TEXAS, THE CITY OF GROESBECK, TEXAS, AND GROESBECK INDEPENENT SCHOOL DISTRICT'S LIMITED OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) USE CAS COLLATERAL ON A LIMITED BASIS AND (B) OBTAIN POST-PETITION FINANCING ON A SECURED, SUPERPRIORITY BASIS , (II) GRANTING ADEQATE PROTECTION, (III) SCHEDULING A FINAL HEARING, (IV) MODIFYING THE AUTOMATIC STAY, <u>AND (V) GRANTING RELATED RELIEF</u>

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COME The County of Bastrop, Texas, Bell County Tax Appraisal District, The City of Waco, Texas, The County of Milam, Texas, Comstock Independent School District, The County of Williamson, Texas, The City of Groesbeck, Texas and Groesbeck Independent School District ("Texas Taxing Jurisdictions"), secured creditors in the above bankruptcy case, and file their Objection to the **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Use Cash Collateral on a Limited Basis and (B) Obtain Post-Petition Financing on a Secured, Superpriority, Basis, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (the "Motion") [Docket No. 19,43,58]**, on the following grounds:

1. The Texas Taxing Jurisdictions have filed prepetition secured proof of claims herein for ad valorem property taxes against the Debtor's personal property and real property in the amount of $27,733.05 for the 2017 year, and an estimated amount of $210,138.87 for the 2018 tax year.

2. The Texas Taxing Jurisdictions are political subdivisions of the State of Texas. As of January 1, 2018, liability arose and a senior lien attached to the business personal property of the Debtors for the 2018 taxes. Texas Property Tax Code Sections 32.01 and 32.05.

3. These taxes are secured with a security interest that is superior to that of any other secured claim under the Texas Constitution, Article VIII, Section 15, and the Texas Property Tax Code, Section 32.01 and Section 32.05(b). Stanford v. Butler, 826 F.2d 353 (5th Cir. 1987), 11 USC § 506; Universal Seismic Associates, Inc., 288 F.3d 205 (5th Cir. 2002); In Re Winn's Stores, Inc.; 177 B.R. 253 (Bktcy W.D. Tex 1995). In addition, the lien is a lien *in solido* and attaches to all personal property of the debtors. Texas Property Tax Code Section 32.01(b).

4. Further, the Interim Order provides that upon the sale of any of the assets, any settlement, casualty, or condemnation proceeds relating to any of the Debtors' assets or any reimbursement payment from CMS shall be paid to the Agent, for immediate application to the outstanding Secured Claim. To the extent that any property securing the Texas Taxing Jurisdictions' claims is sold or settled such proceeds constitutes the Texas Taxing Jurisdictions' cash collateral and they object to the use of its cash collateral to pay other creditors before the tax claims have been paid in full. Absent an established ad valorem tax reserve, the Texas Taxing Jurisdictions object to the application of any sale proceeds to the Secured Claim.

WHEREFORE, the Texas Taxing Jurisdictions request this Court deny the Motion unless and until all issues raised herein are resolved, and grant the Texas Taxing Jurisdictions such other and further relief, at law or in equity, as is just.

Dated: August 9, 2018

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/Tara LeDay*
Tara LeDay
State Bar Number 24106701
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
tleday@mvbalaw.com

Attorneys for the Texas Taxing Jurisdictions

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above Objection has been served upon the following parties as well as all parties receiving the Court's ECF service on August 9, 2018, by Electronic Notification

                                                                                                             */s/Tara LeDay*
                                                                                                             Tara LeDay

| | |
|---|---|
| Morris D. Weiss<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701 | Tyler N. Layne<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 |
| Office of the US Trustee<br>903 San Jacinto, Suite 230<br>Austin, TX 78701 | Department of State Health Services<br>Marc Connelly, Assistant General Counsel<br>Office of General Counsel<br>Austin, TX 78756-3199 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>300 W 15th Street<br>Austin, TX 78701 |
| Texas Attorney General's Office<br>J. Casey Roy<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548-MX 008<br>Austin, TX 78711-2548 | Texas Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>PO Box 13528<br>Capital Station<br>Austin, TX 78711 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>Lyndon B. Johnson Office Building<br>111 East 17th Street<br>Austin, TX 78711 | Texas State Board of Pharmacy<br>William P. Hobby Building<br>333 Guadalupe Street, Suite 3-500<br>Austin, TX 78701 |
| Texas Workforce Commision<br>TWC Building<br>Regulatory Integrity Division<br>101 East 15th Street<br>Austin, TX 78778 | US Department of Labor<br>Office of the Chief Accountant<br>200 Constitution Avenue NW, Suite 400<br>Washington, DC 20210 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 208530 | United States Attorney Civil Process Clerk<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216 |

| | |
|---|---|
| Amerisource Bergen Drug Corporation<br>10 Riverview Drive<br>Danbury, CT 06810 | Centennial Bank<br>PO Box 2188<br>Lubbock, TX 79408 |
| Centennial Bank<br>620 Chestnut Street<br>Conway, AR 72032 | Colonial Pacific Leasing Corporation<br>10 Riverview Drive<br>Danbury, CT 06810 |
| Dell Financial Services LLC<br>Mail Stop-Ps2sf-23<br>One Dell Way<br>Round Rock, TX 78682 | Ge Hfs, LLC<br>PO Box 414<br>W-490<br>Milwaukee, WI 53201 |
| Ge Hfs, LLC<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 | General Electric Capital Corporation<br>901 Main Ave<br>Norwalk, CT 06581 |
| General Electric Capital Corporation<br>PO Box 44<br>W-490<br>Milwaukee, WI 53201 | IBM Credit, LLC<br>1 North Castle Drive<br>Armonk, NY 10504 |
| IBM Credit, LLC<br>One North Castle Drive<br>Armonk, NY 10504 | Med One Capital Funding, LLC<br>MB Financial Bank, NA<br>10712 S 1300 E<br>Sandy, UT 84094 |
| Monroe Capital Management Advisors, LLC<br>Administrative Agent<br>311 S Wacker Drive, Suite 6400<br>Chicago, IL 60606 | Olympus America Inc<br>3500 Corporate Parkway<br>Center Valley, PA 18034 |
| Wells Fargo Bank, NA<br>300 Tri-State International, Suite 400<br>Lincolnshire, IL 60069 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut, 4th Floor<br>Mac M0005-044<br>Des Moines, IA 50309 |
| Wells Fargo Vendor Financial Serv, LLC<br>800 Walnut Street<br>Des Moines, IA 50309 | Xerox Financial Services LLC<br>45 Glover Avenue<br>Norwalk, CT 06856 |
| Alcon Laboratories, Inc<br>Jason Chavez<br>PNC Bank Lockbox<br>3714 Solutions Center<br>Chicago, IL 60677 | Alixpartners Holdings, LLP<br>2000 Town Center, Suite 2400<br>Southfield, MI 48075 |

American Express 1017
Shraddha Bharatia, Claims Admin
1105 Laurel Oak Road, Suite 136
Voorhees, NJ 08043

American Express 1017
c/o Zwicker & Associates, PC
Daniel Moken
100 Corporate Woods, Suite 230
Rochester, NY 14623

American Realty Capital
Healthcare Trust II
Operations Healthcare Trust Inc
Jonathan Dedellis
200 Dryden Road, Suite 1100
Dresher, PA 19025

Aramark Uniform Service Inc
Mike Fadden, President
115 N First Street
Burbank, CA 91502

Ascend Professional Consulting Inc
Mark Swartz
1391 Calder Avenue Suite A
Beaumont, TX 77701

Ascend Professional Consulting Inc
c/o Morgan Law Firm
John S. Morgan
2175 North Street, Suite 101
Beaumont, TX 77701

BBL, LLC
Jim Church & Kevin Moore
Dba BBL Construction Services LLC
302 Washington Ave Extension
Albany, NY 12203

Central Texas Pathology Laboratory, PA
601 Hwy 6, Suite 111
Waco, TX 76710

Central Texas Urology
601 W Hwy 6 Suite 105
Waco, TX 76710

Cerner Corporation
Mark C Elkins
2800 Rockcreek Parkeway
Kansas City, MO 64117

Clinical Pathology Laboratories, Inc
9200 Wall Street
Austin, TX 78754

Computer Programs and Systems Inc
Evident LLC
6600 Wall Street
Mobile, AL 36695

Shi in Sleep Diagnostics, LLC
14603 Huebner Road Building 2
San Antonio, TX 78230

Fujifilm Medical Systems
419 West Avenue, Building 7
Stamford, CT 06902-6300

GA HC REITT II Temple MOB, LLC
62781 Collection Center Drive
Chicago, IL 60693-0627

GE Healthcare #14456
500 W. Monroe Street
Chicago, IL 60661

GE Healthcare Financial Services
PO Box 641419
Pittsburg, PA 15264-1419

GE Healthcare Financial Services
c/o Kutak Rock LLP
Lisa Peters
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

Grant Thronton LLP
Tiffany Harper
33562 Treasury Center
Chicago, IL 60694-3500

Hing-Sheung Eugene Fung, MD PA
c/o Naman Howell Smith & Lee PLCC
Kerry Haliburton
400 Austin Ave Suite 800
Waco, TX 76701

Jacobs Marketing, Inc
17484 NW Freeway, Suite 276
Houston, TX 77040

Next Level Healthcare Consultants
c/o Roger G Jain & Associates, PC
Roger Jain
9310 SW Freeway, Suite 250
Houston, TX 77074

Pharmerica Hospital Pharmacy Services, LLC
dba Luker Pharmacy
Bernard Richardson
1901 Campus Place
Louisville, KY 40299

Sanofi Pasteur
John Healey
12458 Collections Center Drive
Chicago, IL 60693

Shi International Corp
Greg Rohleder & Jenny Francis
290 Davidson Avenue
Somerset, NJ 08873

United Biologics, LLC
Dba United Allergy Services
70 NE Loop 410, Suite 600
San Antonio, TX 78216

Hing-Sheung Eugene Fung, MD PA
Eugene Fung MD & Alison Fung
611 W Highway 6 Suite 101
Waco, TX 76710

Hologic Inc
Cynthia Thiers
24506 Network Place
Chicago, IL 60673-1245

Next Level Healthcare Consultants
47 South Wind Drive
Montgomery, TX 77356

Outreach Management Solutions, LLC
Dba True Health Outreach
6710 Research Road, Suite 211
Frisco, TX 75033

Rev MD Partners, LLC
1111 Pasquinelli Drive Suite 400
Westmont, IL 60559

Sci Solutions
720 Third Avenue, Suite 1000
Seattle, WA 98104

Theracom, LLC
Bayer Women's Healthcare LLC
Claudia Friedman
3101 Gaylord Parkway
Mail Stop: 2NC155
Frisco, TX 75034