*MOR-1*           UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| CASE NAME: | Little River Healthcare Holdings, LLC et al. | PETITION DATE: 7/24/2018 |
| CASE NUMBER: | 18-60526 | DISTRICT OF TEXAS: Western |
| PROPOSED PLAN DATE: | | DIVISION: Waco |

### MONTHLY OPERATING REPORT SUMMARY FOR JULY 2018

| MONTH | July (stub) | | | | | 2018 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 1,863,884 | | | - | - | 1,863,884 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 41,720 | | | - | - | 41,720 |
| NET INCOME (LOSS) (MOR-6) | -2,158,893 | | | - | - | -2,158,893 |
| PAYMENTS TO INSIDERS (MOR-9) | 52,665 | | | - | - | 52,665 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | - | - | 0 |
| TOTAL DISBURSEMENTS (MOR-7) [1] | 1,789,449 | | | | | 1,789,449 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | | EXP. DATE | | CIRCLE ONE | |
|---|---|---|---|---|---|---|
| | | | | Are all accounts receivable being collected within terms? | **Yes** | No |
| | | | | Are all post-petition liabilities, including taxes, being paid within terms? [2] | **Yes** | No |
| | | | | Have any pre-petition liabilities been paid? | **Yes** | No |
| CASUALTY | YES (X) | NO ( ) | 11/1/2019 | If so, describe   Payments have been made in accordance with first day motions | | |
| LIABILITY | YES (X) | NO ( ) | 11/1/2019 | Are all funds received being deposited into DIP bank accounts? | **Yes** | No |
| VEHICLE | YES (X) | NO ( ) | 11/1/2019 | Were any assets disposed of outside the normal course of business? | Yes | **No** |
| WORKER'S | YES (X) | NO ( ) | 12/24/2019 | If so, describe | | |
| OTHER | YES (X) | NO ( ) | 11/1/2019 | Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** | No |
| | | | | What is the status of your Plan of Reorganization? | | |

| | | |
|---|---|---|
| ATTORNEY NAME: | Morris D. Weiss | *I certify under penalty of perjury that the following complete* |
| FIRM NAME: | Waller Lansden Dortch & Davis LLP | *Monthly Operating Report (MOR), consisting of MOR-1 through* |
| ADDRESS: | 100 Congress Ave | *MOR-9 plus attachments, is true and correct.* |
| | Suite 1800 | |
| CITY, STATE, ZIP: | Austin TX 78701 | SIGNED X _____ CRO |
| TELEPHONE/FAX: | 512-685-6400 | (ORIGINAL SIGNATURE) |
| | | Ronald Winters     11/21/2018 |
| | | (PRINT NAME OF SIGNATORY)    DATE |

*MOR-1*

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (*1142), Timberlands Healthcare, LLC (*1890), Rockdale Blackhawk, LLC (*0791), Cantera Way Ventures, LLC (*7815), Little River Healthcare Management, LLC (*6688), Little River Healthcare - Physicians of King's Daughters, LLC (*5264), King's Daughters Pharmacy, LLC (*7097), Little River Healthcare Holdings, LLC (*7956).

**Notes:**

[1] Total disbursements per MOR 1 are net of total Non-operating disbursements and Transfers out on MOR 7. Non-operating disbursements include Restructuring fees, US Trustee fees, Other Reorganization fees and DIP Financing repayments

[2] The Debtors are working with certain third parties to promptly resolve certain overdue post petition obligations that the Debtors have been made aware of

CASE NAME: Little River Healthcare Holdings, LLC et al.
CASE NUMBER: 18-60526

## COMPARATIVE BALANCE SHEETS

| ASSETS [3] | FILING DATE 7/24/2018[1] | MONTH July | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 2,387,729 | 2,387,729 | | | | | |
| Accounts Receivable, Net | 13,086,414 | 12,013,267 | | | | | |
| Inventory: Lower of Cost or Market | 586,307 | 586,307 | | | | | |
| Prepaid Expenses | 2,811,556 | 2,811,556 | | | | | |
| Investments | 0 | 0 | | | | | |
| Other[2] | 3,570,785 | 3,570,785 | | | | | |
| TOTAL CURRENT ASSETS | 22,442,791 | 21,369,644 | | | | | |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 21,265,326 | 21,265,326 | | | | | |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0 | 0 | | | | | |
| 2. Investments in Subsidiaries | 2,356,897 | 2,356,897 | | | | | |
| 3. Electric Deposit | 0 | 0 | | | | | |
| 4. Other Deposits | 0 | 0 | | | | | |
| 5. Other Assets | 3,571,760 | 3,571,760 | | | | | |
| **TOTAL ASSETS** | 49,636,774 | 48,563,626 | | | | | |

**MOR-2**

**Notes:**
[1] As of 7/31
[2] Includes amounts due from Medicare, Cost Report Settlement receivables, 1115 Waiver receivables, and miscellaneous other A/R
[3] The assets of the Debtors reported herein do not include unliquidated rights, claims, or causes of action the Debtors may hold, assert, or have asserted in pending or potential litigation or arbitration

CASE NAME: Little River Healthcare Holdings, LLC et al.
CASE NUMBER: 18-60526

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE[1] 7/24/2018 | MONTH July | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0 | 1,085,746 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 56,008,583 | 56,008,583 | | | | | |
| Priority Debt | 0 | 0 | | | | | |
| Federal Income Tax | 0 | 0 | | | | | |
| FICA/Withholding | 0 | 0 | | | | | |
| Unsecured Debt | 28,712,252 | 28,712,252 | | | | | |
| Other | 20,518,048 | 20,518,048 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 105,238,882 | 105,238,882 | | | | 0 | 0 | 0 |
| TOTAL LIABILITIES[2] | 105,238,882 | 106,324,628 | | | | 0 | 0 | 0 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0 | 0 | | | | | |
| COMMON STOCK | 0 | 0 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0 | 0 | | | | | |
| RETAINED EARNINGS: Filing Date | -55,602,109 | -55,602,109 | | | | | |
| RETAINED EARNINGS: Post Filing Date | 0 | -2,158,893 | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -55,602,109 | -57,761,002 | | | | | |
| TOTAL LIABILITIES & OWNERS EQUITY | $49,636,774 | $48,563,626 | | | | $0 | $0 | $0 |

MOR-3

**Notes:**

[1] Balance sheet as of 7/31 has been adjusted for stub-period income to arrive at the Balance sheet as of 7/24. These adjustments were made to Retained Earnings and Accounts Receivable

[2] The Debtors are routinely subject to audit by the Debtors' largest payor, Medicare. Audits are currently under way by Medicare's contracting agents, the results of which are unknown. The impact of these audits could result in: (a) recoupments by Medicare netted against services currently being rendered; and (b) lower (or higher) prospective payment rates

CASE NAME: Little River Healthcare Holdings, LLC et al.
CASE NUMBER: 18-60526

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH [1] July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 717,602 | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | 0 | | | | | |
|   State Payroll Taxes | 0 | | | | | |
|   Ad Valorem Taxes | 11,893 | | | | | |
|   Other Taxes | 3,083 | | | | | |
| TOTAL TAXES PAYABLE | 14,976 | 0 | 0 | 0 | 0 | 0 |
| SECURED DEBT POST-PETITION | 0 | | | | | |
| ACCRUED INTEREST PAYABLE | 126,697 | | | | | |
| ACCRUED PROFESSIONAL FEES [2] | 0 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. Estimate Accrued Payroll | 226,471 | | | | | |
|   2. Other Trade Vendor Accrual | | | | | | |
|   3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 1,085,746 | 0 | 0 | 0 | 0 | 0 |

MOR-4

**Notes:**

[1] Post-petition liabilities for the stub period (July 24-July 31) are based on estimates in which historical financial data was used to create a daily rate and apply to the stub period (7 days)

[2] Payment requires Court approval

CASE NAME: Little River Healthcare Holdings, LLC et al.
CASE NUMBER: 18-60526

## AGING OF POST-PETITION LIABILITIES[1]
MONTH: July 2018

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES[1] | STATE TAXES[1] | AD VALOREM, OTHER TAXES[2] | OTHER[1] |
|---|---|---|---|---|---|---|
| 0-30 | 1,085,746 | 717,602 | 0 | 0 | 14,976 | 353,168 |
| 31-60 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61-90 | 0 | 0 | 0 | 0 | 0 | 0 |
| 91+ | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 1,085,746 | 717,602 | 0 | 0 | 14,976 | 353,168 |

## AGING OF ACCOUNTS RECEIVABLE[3]

| MONTH | July 31 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 4,048,249 | | | | | |
| 31-60 DAYS | 2,852,070 | | | | | |
| 61-90 DAYS | 1,593,379 | | | | | |
| 91+ DAYS | 3,519,569 | | | | | |
| TOTAL | 12,013,267 | | | | | |

**MOR-5**

**Notes:**
[1] Any increase in Post-petition debt is considered current (0-30 days), and any settlement of Post-petition debt is applied against the most aged (oldest) bucket of debt
[2] Other Post-Petition liabilities indclude: Secured Debt, Accrued Interest, Accrued Professional Fees, and Other Accrued Liabilities
[3] Aging of receivables are estimated using accounts receivable aging buckets within Borrowing base report for each month

CASE NAME: Little River Healthcare Holdings, LLC et al.
CASE NUMBER: 18-60526

## STATEMENT OF INCOME (LOSS)

| | MONTH July (stub)[1] | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 1,863,884 | | | | | | 1,863,884 |
| TOTAL COST OF REVENUES | 0 | | | | | | 0 |
| GROSS PROFIT | 1,863,884 | | | | | | 1,863,884 |
| OPERATING EXPENSES: | | | | | | | |
|    Selling & Marketing | 1,915 | | | | | | 1,915 |
|    General & Administrative | 1,327,567 | | | | | | 1,327,567 |
|    Insiders Compensation | 52,665 | | | | | | 52,665 |
|    Professional Fees | 0 | | | | | | 0 |
|    Other - All Operating Expenses | 440,017 | | | | | | 440,017 |
|    Other | 0 | | | | | | 0 |
| TOTAL OPERATING EXPENSES | 1,822,164 | | | | | | 1,822,164 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 41,720 | | | | | | 41,720 |
| INTEREST EXPENSE | 396,430 | | | | | | 396,430 |
| DEPRECIATION | 70,966 | | | | | | 70,966 |
| OTHER (INCOME) EXPENSE* | 0 | | | | | | 0 |
| OTHER ITEMS** | 1,733,217 | | | | | | 1,733,217 |
| TOTAL INT, DEPR & OTHER ITEMS | 2,200,613 | | | | | | 2,200,613 |
| NET INCOME BEFORE TAXES | -2,158,893 | | | | | | -2,158,893 |
| FEDERAL INCOME TAXES | | | | | | | 0 |
| NET INCOME (LOSS) (MOR-1) | ($2,158,893) | | | | | | -2,158,893 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory. Includes Retained Professionals*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote. Includes Profit / (Loss) in Meridian JV*

**MOR-6**

**Notes:**

[1] July (stub) income and expenses are estimated using a daily rate pulled from the closed July 31 Income Statement and pro-rated for the 7 days from July 24th - 31st

CASE NAME: Little River Healthcare Holdings, LLC et al.
CASE NUMBER: 18-60526
**CONSOLIDATED**

| CASH RECEIPTS AND DISBURSEMENTS [3] | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 1,923,559 | | | | | | $1,923,559 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 1,978,490 | | | | | | 1,978,490 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | 4,048,784 | | | | | | 4,048,784 |
| TOTAL RECEIPTS** | 6,027,274 | | | | | | 6,027,274 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 1,074,207 | | | | | | 1,074,207 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | 699,006 | | | | | | 699,006 |
| 11. UTILITIES & TELEPHONE | 466 | | | | | | 466 |
| 12. INSURANCE | 5,943 | | | | | | 5,943 |
| 13. INVENTORY PURCHASES | 8,182 | | | | | | 8,182 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | 1,646 | | | | | | 1,646 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | 3,806,037 | | | | | | 3,806,037 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 5,595,486 | | | | | | 5,595,486 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 5,595,486 | | | | | | 5,595,486 |
| 22. NET CASH FLOW | 431,788 | | | | | | 431,788 |
| 23. CASH - END OF MONTH (MOR-2) | $2,355,347 | | | | | | 2,355,347 |

| SUMMARY OF OTHER ITEMS [2] | | | | | | | |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | July (stub) | | | | | | FILING TO DATE |
| Other Non-Patient Receipts | 187,747 | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | 3,861,037 | | | | | | |
| 6. OTHER (attach list) | 4,048,784 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISBURSEMENTS: | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | 3,806,037 | | | | | | |
| 18. OTHER (attach list) | 3,806,037 | 0 | 0 | 0 | 0 | 0 | 0 |

MOR-7

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash
[2] Transfers in/out represent cash transfers against the bank accounts
[3] Based on the bank activity, so balance will vary from MOR-2 which is based on the book balance

**CASE NAME:** Little River Healthcare Management, LLC
**CASE NUMBER:** 18-60530

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 292 | | | | | | $292 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | - | | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | 186,054 | | | | | | 186,054 |
| TOTAL RECEIPTS** | 186,054 | | | | | | 186,054 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 175,038 | | | | | | 175,038 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | - | | | | | | 0 |
| 11. UTILITIES & TELEPHONE | - | | | | | | 0 |
| 12. INSURANCE | - | | | | | | 0 |
| 13. INVENTORY PURCHASES | - | | | | | | 0 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | - | | | | | | 0 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | 11,291 | | | | | | 11,291 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 186,329 | | | | | | 186,329 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 186,329 | | | | | | 186,329 |
| 22. NET CASH FLOW | (275) | | | | | | (275) |
| 23. CASH - END OF MONTH (MOR-2) | $17 | | | | | | 17 |

| SUMMARY OF OTHER ITEMS [2] | | | | | | | |
|---|---|---|---|---|---|---|---|
| **RECEIPTS:** | July (stub) | | | | | | FILING TO DATE |
| Other Non-Patient Receipts | - | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | 186,054 | | | | | | |
| 6. OTHER (attach list) | 186,054 | 0 | 0 | 0 | 0 | 0 | 0 |
| **DISBURSEMENTS:** | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | 11,291 | | | | | | |
| 18. OTHER (attach list) | 11,291 | 0 | 0 | 0 | 0 | 0 | 0 |

MOR-7

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash
[2] Transfers in/out represent cash transfers against the bank accounts

CASE NAME: Rockdale Blackhawk, LLC
CASE NUMBER: 18-60528

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 1,873,236 | | | | | | $1,873,236 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 1,860,327 | | | | | | 1,860,327 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | 3,688,173 | | | | | | 3,688,173 |
| TOTAL RECEIPTS** | 5,548,500 | | | | | | 5,548,500 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 899,169 | | | | | | 899,169 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | 699,006 | | | | | | 699,006 |
| 11. UTILITIES & TELEPHONE | 466 | | | | | | 466 |
| 12. INSURANCE | 5,943 | | | | | | 5,943 |
| 13. INVENTORY PURCHASES | 8,182 | | | | | | 8,182 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | 1,618 | | | | | | 1,618 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | 3,635,980 | | | | | | 3,635,980 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 5,250,363 | | | | | | 5,250,363 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 5,250,363 | | | | | | 5,250,363 |
| 22. NET CASH FLOW | 298,137 | | | | | | 298,137 |
| 23. CASH - END OF MONTH (MOR-2) | $2,171,372 | | | | | | 2,171,372 |

| SUMMARY OF OTHER ITEMS [2] | July (stub) | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | |
| Other Non-Patient Receipts | 147,173 | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | 3,541,001 | | | | | | |
| 6. OTHER (attach list) | 3,688,173 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISBURSEMENTS: | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | 3,635,980 | | | | | | |
| 18. OTHER (attach list) | 3,635,980 | 0 | 0 | 0 | 0 | 0 | 0 |

MOR-7

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash

[2] Transfers in/out represent cash transfers against the bank accounts

CASE NAME: King's Daughters Pharmacy, LLC
CASE NUMBER: 18-60532

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 239.04 | | | | | | $239 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 117,751 | | | | | | 117,751 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | 39,716 | | | | | | 39,716 |
| TOTAL RECEIPTS** | 157,467 | | | | | | 157,467 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | - | | | | | | 0 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | - | | | | | | 0 |
| 11. UTILITIES & TELEPHONE | - | | | | | | 0 |
| 12. INSURANCE | - | | | | | | 0 |
| 13. INVENTORY PURCHASES | - | | | | | | 0 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | 28 | | | | | | 28 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | 157,438 | | | | | | 157,438 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 157,467 | | | | | | 157,467 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 157,467 | | | | | | 157,467 |
| 22. NET CASH FLOW | 0 | | | | | | 0 |
| 23. CASH - END OF MONTH (MOR-2) | $239 | | | | | | $239 |

| SUMMARY OF OTHER ITEMS [2] | July (stub) | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | |
| Other Non-Patient Receipts | 39,688 | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | 28 | | | | | | |
| 6. OTHER (attach list) | 39,716 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISBURSEMENTS: | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | 157,438 | | | | | | |
| 18. OTHER (attach list) | 157,438 | 0 | 0 | 0 | 0 | 0 | 0 |

**MOR-7**

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash
[2] Transfers in/out represent cash transfers against the bank accounts

MOR7 - KDP

**CASE NAME:** Little River Healthcare Holdings, LLC
**CASE NUMBER:** 18-60526

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 49,489.33 | | | | | | $49,489 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | - | | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | 132,655 | | | | | | 132,655 |
| TOTAL RECEIPTS** | 132,655 | | | | | | 132,655 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | - | | | | | | 0 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | - | | | | | | 0 |
| 11. UTILITIES & TELEPHONE | - | | | | | | 0 |
| 12. INSURANCE | - | | | | | | 0 |
| 13. INVENTORY PURCHASES | - | | | | | | 0 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | - | | | | | | 0 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | 28 | | | | | | 28 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 28 | | | | | | 28 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 28 | | | | | | 28 |
| 22. NET CASH FLOW | 132,627 | | | | | | 132,627 |
| 23. CASH - END OF MONTH (MOR-2) | $182,116 | | | | | | $182,116 |

| SUMMARY OF OTHER ITEMS [2] | | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **RECEIPTS:** | July (stub) | | | | | | |
| Other Non-Patient Receipts | - | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | 132,655 | | | | | | |
| 6. OTHER (attach list) | 132,655 | 0 | 0 | 0 | 0 | 0 | 0 |
| **DISBURSEMENTS:** | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | 28 | | | | | | |
| 18. OTHER (attach list) | 28 | 0 | 0 | 0 | 0 | 0 | 0 |

**MOR-7**

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash
[2] Transfers in/out represent cash transfers against the bank accounts

CASE NAME: Compass Pointe Holdings, LLC
CASE NUMBER: 18-60525

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0 | | | | | | $0 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | - | | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | - | | | | | | 0 |
| TOTAL RECEIPTS** | - | | | | | | 0 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | - | | | | | | 0 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | - | | | | | | 0 |
| 11. UTILITIES & TELEPHONE | - | | | | | | 0 |
| 12. INSURANCE | - | | | | | | 0 |
| 13. INVENTORY PURCHASES | - | | | | | | 0 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | - | | | | | | 0 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | - | | | | | | 0 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | | | | | | 0 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 0 | | | | | | 0 |
| 22. NET CASH FLOW | 0 | | | | | | 0 |
| 23. CASH - END OF MONTH (MOR-2) | $0 | | | | | | $0 |

| SUMMARY OF OTHER ITEMS [2] | July (stub) | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | |
| Other Non-Patient Receipts | - | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | - | | | | | | |
| 6. OTHER (attach list) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISBURSEMENTS: | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | - | | | | | | |
| 18. OTHER (attach list) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

MOR-7

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash

[2] Transfers in/out represent cash transfers against the bank accounts

CASE NAME: Timberlands Healthcare, LLC
CASE NUMBER: 18-60527

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 303 | | | | | | $303 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 413 | | | | | | 413 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | 2,186 | | | | | | 2,186 |
| TOTAL RECEIPTS** | 2,599 | | | | | | 2,599 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | - | | | | | | 0 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | - | | | | | | 0 |
| 11. UTILITIES & TELEPHONE | - | | | | | | 0 |
| 12. INSURANCE | - | | | | | | 0 |
| 13. INVENTORY PURCHASES | - | | | | | | 0 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | - | | | | | | 0 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | 1,299 | | | | | | 1,299 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 1,299 | | | | | | 1,299 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 1,299 | | | | | | 1,299 |
| 22. NET CASH FLOW | 1,299 | | | | | | 1,299 |
| 23. CASH - END OF MONTH (MOR-2) | $1,602 | | | | | | 1,602 |

| SUMMARY OF OTHER ITEMS [2] | | | | | | | FILING TO |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | July (stub) | | | | | | DATE |
| Other Non-Patient Receipts | 886 | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | 1,299 | | | | | | |
| 6. OTHER (attach list) | 2,186 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISBURSEMENTS: | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | 1,299 | | | | | | |
| 18. OTHER (attach list) | 1,299 | 0 | 0 | 0 | 0 | 0 | 0 |

**MOR-7**

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash
[2] Transfers in/out represent cash transfers against the bank accounts

CASE NAME: Little River Healthcare - Physicians of King's Daughters LLC
CASE NUMBER: 18-60531

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0 | | | | | | $0 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | - | | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | - | | | | | | 0 |
| TOTAL RECEIPTS** | - | | | | | | 0 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | - | | | | | | 0 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | - | | | | | | 0 |
| 11. UTILITIES & TELEPHONE | - | | | | | | 0 |
| 12. INSURANCE | - | | | | | | 0 |
| 13. INVENTORY PURCHASES | - | | | | | | 0 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | - | | | | | | 0 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | - | | | | | | 0 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | | | | | | 0 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 0 | | | | | | 0 |
| 22. NET CASH FLOW | 0 | | | | | | 0 |
| 23. CASH - END OF MONTH (MOR-2) | $0 | | | | | | $0 |

| SUMMARY OF OTHER ITEMS [2] | | | | | | | |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | July (stub) | | | | | | FILING TO DATE |
| Other Non-Patient Receipts | - | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | - | | | | | | |
| 6. OTHER (attach list) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISBURSEMENTS: | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | - | | | | | | |
| 18. OTHER (attach list) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**MOR-7**

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash

[2] Transfers in/out represent cash transfers against the bank accounts

CASE NAME: Cantera Way Ventures, LLC
CASE NUMBER: 18-60529

| CASH RECEIPTS AND DISBURSEMENTS | MONTH July (stub) | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0 | | | | | | $0 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | - | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | - | | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) | - | | | | | | 0 |
| 4.1. LOANS & ADVANCES (new) | - | | | | | | 0 |
| 5. SALE OF ASSETS | - | | | | | | 0 |
| 6. OTHER (attach list) | - | | | | | | 0 |
| TOTAL RECEIPTS** | - | | | | | | 0 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | - | | | | | | 0 |
| 8. PAYROLL TAXES PAID | - | | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | - | | | | | | 0 |
| 10. SECURED/RENTAL/LEASES | - | | | | | | 0 |
| 11. UTILITIES & TELEPHONE | - | | | | | | 0 |
| 12. INSURANCE | - | | | | | | 0 |
| 13. INVENTORY PURCHASES | - | | | | | | 0 |
| 14. VEHICLE EXPENSES | - | | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | - | | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | - | | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | - | | | | | | 0 |
| 17.1 REMIT FUNDS TO JV | - | | | | | | 0 |
| 18. OTHER (attach list) | - | | | | | | 0 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | | | | | | 0 |
| 19. RESTRUCTURING FEES [1] | - | | | | | | 0 |
| 20. U.S. TRUSTEE FEES | - | | | | | | 0 |
| 21. DIP FINANCING REPAYMENTS | - | | | | | | 0 |
| 21. OTHER REORGANIZATION FEES [1] | - | | | | | | 0 |
| TOTAL DISBURSEMENTS** | 0 | | | | | | 0 |
| 22. NET CASH FLOW | 0 | | | | | | 0 |
| 23. CASH - END OF MONTH (MOR-2) | $0 | | | | | | $0 |

| SUMMARY OF OTHER ITEMS [2] | | | | | | | |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | July (stub) | | | | | | FILING TO DATE |
| Other Non-Patient Receipts | - | | | | | | |
| Receipt of 2017 Cost Report Adjustment | - | | | | | | |
| Joint Venture Profit Share Receipts | - | | | | | | |
| Waiver 1115 | - | | | | | | |
| Transfer In | - | | | | | | |
| 6. OTHER (attach list) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISBURSEMENTS: | | | | | | | |
| Other Operating Expenses - SyneSource | - | | | | | | |
| 1115 Waiver Payment | - | | | | | | |
| Transfer Out | - | | | | | | |
| 18. OTHER (attach list) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

MOR-7

**Notes:**
[1] Restructuring fees and Other Reorganization fees are transferred into escrow based on the court approved budget and do not represent a true outflow of cash
[2] Transfers in/out represent cash transfers against the bank accounts

CASE NAME: Little River Healthcare Holdings, LLC et al.
CASE NUMBER: 18-60526

## CASH ACCOUNT RECONCILIATION
### Period Ending 7/31/2018

| BANK NAME | BBVA Compass | BBVA Compass | BBVA Compass | BBVA Compass | BBVA Compass | Citizens National Bank | First National Bank of Cntrl | First National Bank of Cntrl | Independent Bank | Wells Fargo Bank, N.A. |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (last 4) | 9282 | 1300 | 1653 | 8405 | 9630 | 4759 | 0284 | 3537 | 0679 | 1482 |
| | Rockdale Blackhawk LLC | Rockdale Blackhawk LLC | Rockdale Blackhawk LLC | Rockdale Blackhawk LLC | Rockdale Blackhawk LLC | Rockdale Blackhawk, LLC DBA Richards Memorial Hospital | Waco Pathology Associates PA | Central Texas Pathology Laboratory P.A. | Central Texas Urologic Associates PA - Little River Healthcare Account | Rockdale Blackhawk, LLC dba Little River Healthcare |
| ACCOUNT TYPE | Disbursement Account | Government Receivables | Non-Government Receivables | Operating Account | Self-insurance claims and employee premiums. No receivables | Non-Government Receivables | Government and Non-Government Receivables, Disbursement Account | Government and Non-Government Receivables, Disbursement Account | Government and Non-Government Receivables, Disbursement Account | Government and Non-Government Receivables, Disbursement Account |
| BANK BALANCE | - | - | - | 1,605,968 | 838 | 5,874 | 31,112 | 2,737 | 86,180 | 335,050 |
| DEPOSITS IN TRANSIT | | | | - | - | - | - | - | - | - |
| OUTSTANDING CHECKS | 34,632 | - | - | - | - | - | - | - | 55,000 | - |
| ADJUSTED BANK BALANCE | (34,632) | - | - | 1,605,968 | 838 | 5,874 | 31,112 | 2,737 | 31,180 | 335,050 |
| BEGINNING CASH - PER BOOKS | (69,829) | - | - | 531,968 | 104 | 2,375 | 15,715 | 10,151 | 46,577 | 10,851 |
| RECEIPTS* | | 2,734,195 | 2,158,176 | 201,777 | 67,721 | 14,106 | 200,574 | 124,222 | 498,153 | 2,104,235 |
| TRANSFERS BETWEEN ACCOUNTS | 5,189,161 | (2,733,746) | (2,150,511) | 2,610,003 | 360,586 | (5,000) | (184,999) | (131,552) | (511,000) | (1,778,145) |
| (WITHDRAWAL) OR INDIVIDUAL DEBTOR CONTRIBUTION BY MFR-2 | (758,357) | | | (580,594) | | | | | | |
| CHECKS/OTHER DISBURSEMENTS* | 4,395,607 | 450 | 7,665 | 1,157,187 | 427,574 | 5,606 | 179 | 84 | 2,550 | 1,892 |
| ENDING CASH - PER BOOKS | (34,632) | ($0) | ($0) | $1,605,968 | $838 | $5,874 | $31,112 | $2,737 | $31,180 | $335,050 |

| BANK NAME | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. | BBVA Compass | BBVA Compass | BBVA Compass | Citizens National Bank | Wells Fargo Bank, N.A. | BBVA Compass |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (last 4) | 5740 | 5260 | 5732 | 5716 | 5041 | 7034 | 3751 | 1132 | 9718 | 6946 |
| | Rockdale Blackhawk LLC | Rockdale Blackhawk LLC | Rockdale Blackhawk LLC | Rockdale Blackhawk LLC | Little River Healthcare-Central Texas | Little River Healthcare-Central Texas | Little River Healthcare-Central Texas | Little River Healthcare-Central Texas | Little River Healthcare-Central Texas | Little River Healthcare Holdings LLC |
| ACCOUNT TYPE | DIP Professional Fees Escrow Account | DIP Committee Professionals Escrow Account | DIP Utilities Escrow Account | DIP Operating Account | Disbursement Account | Government Receivables | Non-Government Receivables | Non-Government Receivables | Government and Non-Government Receivables, Disbursement Account | Operating Account |
| BANK BALANCE | - | - | - | - | 69,997 | - | - | 236 | 84,776 | 182,116 |
| DEPOSITS IN TRANSIT | - | - | - | - | - | - | - | - | - | - |
| OUTSTANDING CHECKS | - | - | - | - | 1,116 | - | - | - | - | - |
| ADJUSTED BANK BALANCE | - | - | - | - | 68,881 | - | - | 236 | 84,776 | 182,116 |
| BEGINNING CASH - PER BOOKS | - | - | - | - | 40,743 | - | - | 249 | 2,199 | 20,739 |
| RECEIPTS* | - | - | - | - | 3,252 | 157,432 | 116,274 | - | 380,071 | - |
| TRANSFERS BETWEEN ACCOUNTS | - | - | - | - | 192,320 | (157,257) | (115,105) | - | (294,959) | 190,044 |
| (WITHDRAWAL) OR INDIVIDUAL DEBTOR CONTRIBUTION BY MFR-2 | | | | | | | | | | (8,723) |
| CHECKS/OTHER DISBURSEMENTS* | - | - | - | - | 167,434 | 175 | 1,169 | 12 | 2,535 | 19,943 |
| ENDING CASH - PER BOOKS | $0 | $0 | $0 | $0 | $68,881 | ($0) | $0 | $236 | $84,776 | $182,116 |

| BANK NAME | BBVA Compass | BBVA Compass | BBVA Compass | BBVA Compass | BBVA Compass | BBVA Compass | Extraco Bank | BBVA Compass | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (last 4) | 8855 | 4624 | 8497 | 9035 | 5003 | 5011 | 5981 | 8739 | | |
| | Little River Healthcare Management LLC | Timberlands Healthcare LLC | Timberlands Healthcare LLC | Timberlands Healthcare LLC | Little River Healthcare Phys Kings Daughters | Little River Healthcare Phys Kings Daughters | Kings Daughters Pharmacy LLC, Dba Little | Kings Daughters Pharmacy LLC | | |
| ACCOUNT TYPE | Operating Account | Disbursement Account | Government Receivables | Non-Government Receivables | Non-Government Receivables | Government Receivables | Government and Non-Government Receivables, Disbursement Account | Government and Non-Government Receivables, Disbursement Account | | Total |
| BANK BALANCE | 17 | 1,602 | - | - | - | - | 239 | - | | 2,406,742 |
| DEPOSITS IN TRANSIT | - | - | - | - | 6,205 | - | - | 350 | | 6,555 |
| OUTSTANDING CHECKS | - | - | - | - | - | - | - | - | | 90,749 |
| ADJUSTED BANK BALANCE | 17 | 1,602 | - | - | 6,205 | - | 239 | 350 | | 2,322,548 |
| BEGINNING CASH - PER BOOKS | 1,934 | 3,051 | - | - | 5,573 | - | 192 | 185 | | 622,776 |
| RECEIPTS* | - | - | 72 | 1,640 | 133,302 | 151 | 47 | 297,511 | | 9,192,911 |
| TRANSFERS BETWEEN ACCOUNTS | | | (72) | (1,479) | (127,669) | 871 | - | - | | 351,493 |
| (WITHDRAWAL) OR INDIVIDUAL DEBTOR CONTRIBUTION BY MFR-2 | 1,247,673 | (1,449) | | | | | | (190,044) | | (291,493) |
| CHECKS/OTHER DISBURSEMENTS* | 1,249,591 | - | - | 161 | 5,001 | 1,022 | - | 107,301 | | 7,553,139 |
| ENDING CASH - PER BOOKS | $17 | $1,602 | $0 | $0 | $6,205 | $0 | $239 | $350 | | $2,322,548 |

**MOR-8**

**Notes:**
[1] Escrow accounts #5740, #5260, and #5732 are excluded from cash receipts / disbursements on MOR 7 as they do no represent true cash transactions
[2] Medical group bank accounts are non-debtor accounts and not calculated in total cash. Although, receipts and disbursements belong to the debtor entities

| | Cash Balance |
|---|---|
| Excluding Escrow Account | 2,406,741.67 |
| MOR - 7 Balance | 2,355,346.56 |
| Variance | 51,395.11 |
| Less Escrow Bank Accounts | - [1] |
| Medical Group Bank Activity | (51,395.11) [2] |
| **Reconciled Variance** | **0.00** |

**CASE NAME:** Little River Healthcare Holdings, LLC et al.
**CASE NUMBER:** 18-60526

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH July (stub) | MONTH August | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Peggy Borgfeld / Regular Wagesm Insurance Supplement, Auto Allowance, and Wage Corrections | REDACTED | | | | | |
| 2. Andrea Cunha / Regular Wages | | | | | | |
| 3. Shelia Lopez / Regular Wages and Insurance Supplement | | | | | | |
| 4. Jeffrey Madison / Regular Wages, Insurance Supplement and Auto Allowance | | | | | | |
| 5. Kevin Owens / Regular Wages | | | | | | |
| 6. Curtis Payne / Regular Wages | | | | | | |
| 7. Kylie Shcherbakov / Regular Wages | | | | | | |
| 8. Stas Shcherbakov / Regular Wages | | | | | | |
| 9. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $52,664.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS [1,2] | MONTH July (stub) | MONTH August | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. See attached | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

**Notes:**
[1] Payments to Professionals is based on cash and will not be consistent with accrued professional fees / expense on the income statement
[2] Payments made to professionals are subject to court approval

| Professional Fees [1] | 7/6/18 | 7/13/18 | 7/20/18 | 7/27/18 | 7/30/18 |
|---|---|---|---|---|---|
| Debtor Bankruptcy Counsel, Payments | - | - | - | - | - |
| Debtor CRO, Payments | - | - | - | - | - |
| Debtor Investment Banker, Payments | - | - | - | - | - |
| DIP/Secured Lender Professional Fees | - | - | - | - | - |
| DIP/Secured Lender Interest | - | - | - | - | - |
| BCBS Attorneys, Payments | - | - | - | - | - |
| BCBS Expert, Payments | - | - | - | - | - |
| Addback BCBS | - | - | - | - | - |
| Creditors Committee, Payments | - | - | - | - | - |
| CMS Counsel (Sean McKenna), Payments | - | - | - | - | - |
| Addback CMS Counsel | - | - | - | - | - |
| Omsbudmens, Payments | - | - | - | - | - |
| McDermott Will, Payments | - | - | - | - | - |
| Epiq, Payments | - | - | - | - | - |
| Miscellaneous Legal & Professional Fees | - | - | - | - | - |
| Other Restructuring fees | - | - | - | - | - |
| **Total Professional Fees** | - | - | - | - | - |

**Notes:**

[1] Professional fee tab is based on cash and will not be consistent with accrued professional fees / expense on the income statement