*#501 Emergency Motion to Convert Case from Chapter 11 to Chapter 7 filed by Morris D. Weiss for Debtor Little River Healthcare Holdings, LLC.*

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Little River Healthcare Holdings, LLC. Vs. Monroe Capital Management Adv. | | | | | DISTRICT COURT Western (San Antonio) | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Morris Weiss | | | DEFENDANT'S ATTORNEY William Wallander | | DOCKET NUMBER 18-60526 K-11 | |
| | | | | | TRIAL DATE(S) 12/04/2018 | |
| PRESIDING JUDGE RONALD B. KING | | | ELECTRONIC COURT RECORDING OPERATOR Rachel Hernandez | | COURTROOM DEPUTY Deanna Castleberry | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES | |
| W/1 | | 12/04/18 | ------ | ------ | Ronald Winters | FILED DEC 0 4 2018 U.S. BANKRUPTCY COURT BY _____ DEPUTY |
| 1 | | 12/04/18 | XXXX | 12/04/18 | Budget of the Debtor | |
| | W/1 | 12/04/18 | ------ | ------ | Jon Orr | |
| | 1-41 | 12/04/18 | XXXX | 12/04/18 | SEE ATTACHED BINDER (NOT ADMITTED ARE #31 AND #38) #16 and #17 are Transcripts that will be provided as soon as they are prepared. | |