

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION**

In re:

LITTLE RIVER HEALTHCARE
HOLDINGS, LLC, *et al.*

Debtors.

Chapter 7

Case No. 18-60526-rbk
(Jointly Administered)

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

1. Name of administrative expense claimant: **Epiq Corporate Restructuring, LLC f/k/a Epiq Bankruptcy Solutions, LLC ("Epiq")**

2. Name of Debtor administrative expense claim asserted against: **Little River Healthcare Holdings, LLC**

3. Nature and description of the administrative expense claim:

   **Epiq was retained as the Claims, Noticing and Balloting Agent for Debtors and Debtors in Possession in connection with the Chapter 11 matter, and Epiq fully and completely performed such services for the benefit of Debtors and Debtors in Possession.**

   **Additionally, Epiq was requested to continue to provide post-conversion services to the trustee.**

4. Date(s) administrative expense claim arose: **11/1/2018 – 8/30/2019**

5. Amount of administrative expense claim: **$98,604.71**

6. Documentation supporting the administrative expense claim must be attached hereto. Documentation should include evidence of (a) the nature of the administrative expense claim asserted, (b) the date or dates on which the administrative expense claim arose, and (c) for section 503(b)(9) claims, the date or dates any goods were received by the Debtor.

*[Remainder of page intentionally left blank]*

Page 1 of 5

In re: Little River Healthcare Holdings, LLC, et al
Epiq Corporate Restructuring, LLC
Request for Payment of Administrative Expense.

**Please see Schedule A, attached hereto and incorporated by reference.**

Date: 10-25-2019

Signature: _Shiloh White_

Name: Shiloh White
Title: Senior Corporate Paralegal
& Assistant Secretary
Address: 501 Kansas Avenue
Kansas City, KS 66105
E-Mail: swhite@epiqglobal.com

Page **2** of **5**

In re: Little River Healthcare Holdings, LLC, et al
Epiq Corporate Restructuring, LLC
Request for Payment of Administrative Expense.

**In re: Little River Healthcare Holdings, LLC, et al**
**Case No. 18-60526-rbk**

### SCHEDULE A
### TO
### REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

On July 24, 2018, Little River Healthcare Holdings, LLC and seven (7) affiliated companies (collectively, the "Debtors") each filed petitions in the United States Bankruptcy Court for the Western District of Texas (Waco) seeking relief under chapter 11 of the United States Bankruptcy Code. The Debtors' cases are pending before the Honorable Ronald B. King. The Debtors' cases have been jointly administered for procedural purposes, meaning that all pleadings will be maintained on the case docket for Little River Healthcare Holdings, LLC, Case No.18-60526 (the "Main Case Docket").

On July 24, 2018, the Debtors jointly filed an Application for an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent *Nunc Pro Tunc* to Petition Date (docket entry no. 7). On July 27, 2018, the Court issued Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent *Nunc Pro Tunc* to Petition Date (the "Order"), and designating all fees owed for such services to be administrative expenses pursuant to Section 503(b)(1)(A) of the Bankruptcy Code (docket entry no. 35 at 10).

On December 7, 2018, the Court issued an Order Converting Chapter 11 Cases to Chapter 7. Epiq continued to provide services post-conversion, and while all such services requested have been provided, Debtors have failed to remit all monies owed therefore. Attached hereto as Exhibit 1 are copies of the various invoices that remain open with outstanding balances along with supplemental detail.

Epiq reserves the right to amend and/or supplement this Request for Payment of Administrative Expense at any time and in any manner, and to file additional requests or claims which may be based on any respective rights and/or obligations arising under an agreement with Debtors, the Order of this Court approving Epiq's employment and delivery of services in this matter, the relationship described herein, or the events and circumstances described herein. In addition, Epiq reserves the right to attach or bring forth additional documents supporting its claims and additional documents that may become available after further investigation and discovery. Epiq further reserves the right to file proofs of claims, requests for payment of administrative expenses, other claims entitled to priority, proofs of interest, and proofs of claim or requests for payment of administrative expenses against other parties, including but not limited to, affiliated debtors against which such claims have not been filed, if any.

Epiq is continuing to investigate the elements of its claims. Accordingly, this Request for Payment of Administrative Expenses is protective in nature and is filed to protect Epiq from potential forfeiture of any and all rights against Debtors. Therefore a separate Request for Payment of Administrative Expense will be filed in each case being jointly administered in connection herewith. The filing of this Request for Payment of Administrative Expense shall not constitute: (a) waiver or release of Epiq's rights against the Debtor(s) or any other person or property; (b) a waiver by Epiq to contest the jurisdiction of this Court with respect to the

In re: Little River Healthcare Holdings, LLC, et al
Epiq Corporate Restructuring, LLC
Request for Payment of Administrative Expense.

subject matter of the claims set forth herein, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving Epiq; or (c) an election of remedies or choice of law.

*[Remainder of page intentionally left blank]*

In re: Little River Healthcare Holdings, LLC, et al
Epiq Corporate Restructuring, LLC
Request for Payment of Administrative Expense.

# EXHIBIT 1

# (OPEN INVOICES)

In re: Little River Healthcare Holdings, LLC, et al
Epiq Corporate Restructuring, LLC
Request for Payment of Administrative Expense.



# Invoice

Page 1 of 3

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC      Tax ID: 33-1041096
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255      For billing questions, call 913-621-9980
or billing@epiqglobal.com

**Payment by Wire:**
Bank:      Silicon Valley Bank (Santa Clara, CA)
ABA Routing:      121140399
Acct No:      3300693042
SWIFT:      SVBKUS6S

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90289843 | Invoice Date | 12/01/2018 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of November 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD200 | Admin. Support II<br>% Discount from Net | 35.800 | H | 35.0000 | 1,253.00<br>-125.30 |
| AD300 | Admin. Support III<br>% Discount from Net | 27.800 | H | 45.0000 | 1,251.00<br>-125.10 |
| CM200 | Case Manager II<br>% Discount from Net | 9.100 | H | 125.0000 | 1,137.50<br>-113.75 |
| AS100 | Senior Case Manager I<br>% Discount from Net | 28 | H | 150.0000 | 4,200.00<br>-420.00 |
| AS200 | Senior Case Manager II<br>% Discount from Net | 16 | H | 160.0000 | 2,560.00<br>-256.00 |
| AS300 | Senior Case Manager III<br>% Discount from Net | 59.200 | H | 165.0000 | 9,768.00<br>-976.80 |
| IT300 | Programmer III<br>% Discount from Net | 0.900 | H | 85.0000 | 76.50<br>-7.65 |
| DM200 | Director of Case Management II<br>% Discount from Net | 23 | H | 185.0000 | 4,255.00<br>-425.50 |
| SL100 | Solicitation Consultant<br>% Discount from Net | 5.800 | H | 190.0000 | 1,102.00<br>-110.20 |
| NO100 | Noticing | 49,412 | PAG | 0.0900 | 4,447.08 |



CONFIDENTIAL



# Invoice

Page 2 of 3

**Epiq Corporate Restructuring LLC**
777 Third Ave, 12th Floor
New York, NY  10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90289843 | Invoice Date | 12/01/2018 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**
Services for the month of November 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| NO100T | Noticing - In state | 1,829 | PAG | 0.0900 | 164.61 |
| OS205 | Facsimiles - Out of State | 8 | PAG | 0.0500 | 0.40 |
| OS224 | Envelope - 6X9 | 196 | EA | 0.1500 | 29.40 |
| OS225 | Envelope - 9x12 | 395 | EA | 0.2500 | 98.75 |
| CA100 | Database Maintenance | 57,143 | CRC | 0.0900 | 5,142.87 |
| OS200 | Electronic Imaging | 2,520 | IMG | 0.0900 | 226.80 |
| OS821 | Voice Recorded Message | 82.680 | MIN | 0.3400 | 28.11 |
| RE100 | Postage | 3,646.350 | EA | 1.0000 | 3,646.35 |
| RE105 | Shipping and Courier Fees | 831.450 | DLR | 1.0000 | 831.45 |
| RE800 | Court Docket Services | 996.900 | DLR | 1.0000 | 996.90 |
| RE815 | Travel & Meals | 263.450 | DLR | 1.0000 | 263.45 |
| OS223 | Envelope - #10 | 160 | EA | 0.0500 | 8.00 |
| OS226 | Envelope - 10X13 | 130 | EA | 0.2500 | 32.50 |
| CN100 | Senior Consultant I<br>% Discount from Net | 17.400 | H | 175.0000 | 3,045.00<br>-304.50 |
| CN200 | Senior Consultant II<br>% Discount from Net | 2.600 | H | 185.0000 | 481.00<br>-48.10 |
| CN300 | Director/V.P. Consulting<br>% Discount from Net | 1.300 | H | 190.0000 | 247.00<br>-24.70 |

| | | |
|---|---|---|
| **Gross Amount** | | 45,292.67 |
| **Discount Amount** | | -2,937.60 |



CONFIDENTIAL



# Invoice

Page 3 of 3

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90289843 | Invoice Date | 12/01/2018 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**
Services for the month of November 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Net Amount | | | | 42,355.07 |
| | Sales Tax | | | | 1,886.08 |
| | Total Amount Due (USD) | | | | 44,241.15 |

------------------------------------------------------------------------------------

**Open Items for Contract 40019827 as of 08/01/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| | | | Total: | 98,364.77 | USD |





# Invoice

Page 1 of 3

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank: Silicon Valley Bank (Santa Clara, CA)
ABA Routing: 121140399
Acct No: 3300693042
SWIFT: SVBKUS6S

**Bill-To**
Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90299816 | Invoice Date | 01/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of December 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD200 | Admin. Support II | 13.400 | H | 35.0000 | 469.00 |
| | % Discount from Net | | | | -46.90 |
| AD300 | Admin. Support III | 5.300 | H | 45.0000 | 238.50 |
| | % Discount from Net | | | | -23.85 |
| CM200 | Case Manager II | 1.800 | H | 125.0000 | 225.00 |
| | % Discount from Net | | | | -22.50 |
| AS100 | Senior Case Manager I | 5.200 | H | 150.0000 | 780.00 |
| | % Discount from Net | | | | -78.00 |
| AS200 | Senior Case Manager II | 5.400 | H | 160.0000 | 864.00 |
| | % Discount from Net | | | | -86.40 |
| AS300 | Senior Case Manager III | 14.400 | H | 165.0000 | 2,376.00 |
| | % Discount from Net | | | | -237.60 |
| IT300 | Programmer III | 0.200 | H | 85.0000 | 17.00 |
| | % Discount from Net | | | | -1.70 |
| DM200 | Director of Case Management II | 5.300 | H | 185.0000 | 980.50 |
| | % Discount from Net | | | | -98.05 |
| SL100 | Solicitation Consultant | 0.200 | H | 190.0000 | 38.00 |
| | % Discount from Net | | | | -3.80 |
| CA100 | Database Maintenance | 57,149 | CRC | 0.0900 | 5,143.41 |



CONFIDENTIAL



# Invoice

Page 2 of 3

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY  10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90299816 | Invoice Date | 01/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**
Services for the month of December 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| NO100 | Noticing | 13,555 | PAG | 0.0900 | 1,219.95 |
| NO100T | Noticing - In state | 213 | PAG | 0.0900 | 19.17 |
| OS120 | Claim Acknowledgement | 402 | NOT | 0.0500 | 20.10 |
| OS225 | Envelope - 9x12 | 65 | EA | 0.2500 | 16.25 |
| OS200 | Electronic Imaging | 42 | IMG | 0.0900 | 3.78 |
| OS821 | Voice Recorded Message | 23.750 | MIN | 0.3400 | 8.08 |
| RE100 | Postage | 4,906.550 | EA | 1.0000 | 4,906.55 |
| RE815 | Travel & Meals | 237.470 | DLR | 1.0000 | 237.47 |
| OS223 | Envelope - #10 | 6,211 | EA | 0.0500 | 310.55 |
| CN100 | Senior Consultant I | 2.900 | H | 175.0000 | 507.50 |
| | % Discount from Net | | | | -50.75 |
| CN200 | Senior Consultant II | 0.400 | H | 185.0000 | 74.00 |
| | % Discount from Net | | | | -7.40 |

| | |
|---|---|
| **Gross Amount** | 18,454.81 |
| **Discount Amount** | -656.95 |
| **Net Amount** | 17,797.86 |
| **Sales Tax** | 633.34 |
| **Total Amount Due  (USD)** | 18,431.20 |

**Open Items for Contract 40019827 as of 08/01/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |



CONFIDENTIAL



# Invoice

Page 3 of 3

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY  10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90299816 | Invoice Date | 01/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**
Services for the month of December 2018

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40019827 as of 08/01/2019** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| | | | Total: | 98,364.77 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

**Payment by Wire:**
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             121140399
Acct No:                 3300693042
SWIFT:                   SVBKUS6S

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90307667 | Invoice Date | 02/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of January 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD200 | Admin. Support II | 0.200 | H | 38.0000 | 7.60 |
| | % Discount from Net | | | | -0.76 |
| AD300 | Admin. Support III | 10.800 | H | 49.0000 | 529.20 |
| | % Discount from Net | | | | -52.92 |
| CM100 | Case Manager I | 0.300 | H | 77.0000 | 23.10 |
| | % Discount from Net | | | | -2.31 |
| CM200 | Case Manager II | 2.600 | H | 137.0000 | 356.20 |
| | % Discount from Net | | | | -35.62 |
| AS100 | Senior Case Manager I | 0.900 | H | 165.0000 | 148.50 |
| | % Discount from Net | | | | -14.85 |
| AS200 | Senior Case Manager II | 1.400 | H | 176.0000 | 246.40 |
| | % Discount from Net | | | | -24.64 |
| DM200 | Director of Case Management II | 5.700 | H | 203.0000 | 1,157.10 |
| | % Discount from Net | | | | -115.71 |
| CA100 | Database Maintenance | 57,149 | CRC | 0.0900 | 5,143.41 |
| OS200 | Electronic Imaging | 117 | IMG | 0.0900 | 10.53 |
| RE100 | Postage | 17.230 | EA | 1.0000 | 17.23 |
| RE800 | Court Docket Services | 400.400 | DLR | 1.0000 | 400.40 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90307667 | Invoice Date | 02/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**

Services for the month of January 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| CN100 | Senior Consultant I | 3.400 | H | 192.0000 | 652.80 |
| | % Discount from Net | | | | -65.28 |

| | |
|---|---|
| **Gross Amount** | 8,692.47 |
| **Discount Amount** | -312.09 |
| **Net Amount** | 8,380.38 |
| **Sales Tax** | 418.16 |
| **Total Amount Due (USD)** | 8,798.54 |

### Open Items for Contract 40019827 as of 08/01/2019

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| | | | Total: | 98,364.77 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

| Remit to | | |
|---|---|---|
| Epiq Corporate Restructuring LLC | | Tax ID: 33-1041096 |
| Dept 0255 | | |
| P.O. Box 120255 | | For billing questions, call 913-621-9980 |
| Dallas, TX 75312-0255 | | or billing@epiqglobal.com |

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY  10017

**Payment by Wire:**
| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX  76567

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90317561 | Invoice Date | 03/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of February 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| AD300 | Admin. Support III | 5.500 | H | 49.0000 | 269.50 |
| CM100 | Case Manager I | 0.300 | H | 77.0000 | 23.10 |
| CM200 | Case Manager II | 1.500 | H | 137.0000 | 205.50 |
| AS100 | Senior Case Manager I | 2.300 | H | 165.0000 | 379.50 |
| AS200 | Senior Case Manager II | 2.600 | H | 176.0000 | 457.60 |
| AS300 | Senior Case Manager III | 3 | H | 181.0000 | 543.00 |
| DM200 | Director of Case Management II | 0.400 | H | 203.0000 | 81.20 |
| CA100 | Database Maintenance | 57,174 | CRC | 0.0900 | 5,145.66 |
| OS200 | Electronic Imaging | 30 | IMG | 0.0900 | 2.70 |
| RE100 | Postage | 277 | EA | 1.0000 | 277.00 |
| CN100 | Senior Consultant I | 0.400 | H | 192.0000 | 76.80 |

| | |
|---|---:|
| **Net Amount** | 7,461.56 |
| **Sales Tax** | 359.25 |
| **Total Amount Due  (USD)** | 7,820.81 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90317561 | Invoice Date | 03/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**
Services for the month of February 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40019827 as of 08/01/2019** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| | | | Total: | 98,364.77 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC                    Tax ID: 33-1041096
Dept 0255
P.O. Box 120255                          For billing questions, call 913-621-9980
Dallas, TX 75312-0255                    or billing@epiqglobal.com

Payment by Wire:
Bank:                          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:                   121140399
Acct No:                       3300693042
SWIFT:                         SVBKUS6S

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

| Information | | | |
|---|---|---|---|
| Invoice No. | 90327249 | Invoice Date | 04/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of March 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD200 | Admin. Support II | 0.100 | H | 38.0000 | 3.80 |
| AD300 | Admin. Support III | 8.700 | H | 49.0000 | 426.30 |
| CM200 | Case Manager II | 4.900 | H | 137.0000 | 671.30 |
| AS200 | Senior Case Manager II | 0.500 | H | 176.0000 | 88.00 |
| AS300 | Senior Case Manager III | 1.400 | H | 181.0000 | 253.40 |
| DM200 | Director of Case Management II | 0.200 | H | 203.0000 | 40.60 |
| CA100 | Database Maintenance | 57,174 | CRC | 0.0900 | 5,145.66 |
| OS200 | Electronic Imaging | 152 | IMG | 0.0900 | 13.68 |
| RE100 | Postage | 1 | EA | 1.0000 | 1.00 |
| CN100 | Senior Consultant I | 0.500 | H | 192.0000 | 96.00 |

| | | |
|---|---|---|
| **Net Amount** | | 6,739.74 |
| **Sales Tax** | | 336.94 |
| **Total Amount Due (USD)** | | 7,076.68 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY  10017

| Information | | | |
|---|---|---|---|
| Invoice No. | 90327249 | Invoice Date | 04/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**
Services for the month of March 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40019827 as of 08/01/2019** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| | | | Total: | 98,364.77 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC                    Tax ID: 33-1041096
Dept 0255
P.O. Box 120255                    For billing questions, call 913-621-9980
Dallas, TX 75312-0255              or billing@epiqglobal.com

**Payment by Wire:**
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             121140399
Acct No:                 3300693042
SWIFT:                   SVBKUS6S

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

| Information | | | |
|---|---|---|---|
| Invoice No. | 90336241 | Invoice Date | 05/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of April 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD100 | Admin. Support I | 0.100 | H | 27.0000 | 2.70 |
| AD300 | Admin. Support III | 3.800 | H | 49.0000 | 186.20 |
| CM200 | Case Manager II | 1.400 | H | 137.0000 | 191.80 |
| AS200 | Senior Case Manager II | 0.100 | H | 176.0000 | 17.60 |
| DM200 | Director of Case Management II | 0.100 | H | 203.0000 | 20.30 |
| OS200 | Electronic Imaging | 37 | IMG | 0.0900 | 3.33 |
| RE800 | Court Docket Services | 64 | DLR | 1.0000 | 64.00 |
| CN100 | Senior Consultant I | 0.400 | H | 192.0000 | 76.80 |
| CA100 | Database Maintenance | 57,196 | CRC | 0.0900 | 5,147.64 |

| | | |
|---|---|---|
| **Net Amount** | | 5,710.37 |
| **Sales Tax** | | 285.53 |
| **Total Amount Due (USD)** | | 5,995.90 |





# Invoice

Page 2 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90336241 | Invoice Date | 05/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

**Comments**
Services for the month of April 2019

| Code | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40019827 as of 08/01/2019** | | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| | | | Total: | 98,364.77 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

**Payment by Wire:**
| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX  76567

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90345646 | Invoice Date | 06/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of May 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD100 | Admin. Support I | 0.600 | H | 27.0000 | 16.20 |
| AD300 | Admin. Support III | 2.900 | H | 49.0000 | 142.10 |
| CM200 | Case Manager II | 1.400 | H | 137.0000 | 191.80 |
| AS200 | Senior Case Manager II | 0.300 | H | 176.0000 | 52.80 |
| OS200 | Electronic Imaging | 146 | IMG | 0.0900 | 13.14 |
| RE100 | Postage | 1 | EA | 1.0000 | 1.00 |
| CN100 | Senior Consultant I | 0.200 | H | 192.0000 | 38.40 |
| CA100 | Database Maintenance | 57,196 | CRC | 0.0900 | 5,147.64 |

| | | |
|---|---|---|
| Net Amount | | 5,603.08 |
| Sales Tax | | 280.11 |
| Total Amount Due  (USD) | | 5,883.19 |

**Open Items for Contract 40019827 as of 08/01/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90345646 | Invoice Date | 06/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY  10017

**Comments**
Services for the month of May 2019

| Code | Service | | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| **Open Items for Contract 40019827 as of 08/01/2019** | | | | | | | |
| **Trans. Date** | **Type** | **Reference** | | **Due Date** | | **Amount** | **Curr.** |
| 03/01/2019 | Invoice | 90317561 | | Upon Receipt | | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | | Upon Receipt | | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | | Upon Receipt | | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | | Upon Receipt | | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | | Upon Receipt | | 117.30 | USD |
| | | | Total: | | | 98,364.77 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                   Silicon Valley Bank (Santa Clara, CA)
ABA Routing:            121140399
Acct No:                3300693042
SWIFT:                  SVBKUS6S

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90353995 | Invoice Date | 07/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**
Services for the month of June 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD300 | Admin. Support III | 0.500 | H | 49.0000 | 24.50 |
| CM200 | Case Manager II | 0.100 | H | 137.0000 | 13.70 |
| AS300 | Senior Case Manager III | 0.300 | H | 181.0000 | 54.30 |
| CN100 | Senior Consultant I | 0.100 | H | 192.0000 | 19.20 |

| | |
|---|---|
| **Net Amount** | 111.70 |
| **Sales Tax** | 5.60 |
| **Total Amount Due (USD)** | 117.30 |

**Open Items for Contract 40019827 as of 08/01/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| | | | Total: | 98,364.77 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

| Remit to | |
|---|---|
| Epiq Corporate Restructuring LLC | Tax ID: 33-1041096 |
| Dept 0255 | |
| P.O. Box 120255 | For billing questions, call 913-621-9980 |
| Dallas, TX 75312-0255 | or billing@epiqglobal.com |

**Payment by Wire:**

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90362852 | Invoice Date | 08/01/2019 |
| Purchase Order No. | | | |
| Customer No. | 3006610 | | |
| Currency | USD | | |
| Contract No. | 40019827 | | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | | |
| Terms of Payment | Payable upon receipt | | |

**Comments**

Services for the month of July 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD300 | Admin. Support III | 0.500 | H | 49.0000 | 24.50 |
| DM200 | Director of Case Management II | 0.100 | H | 203.0000 | 20.30 |
| RE800 | Court Docket Services | 8.500 | DLR | 1.0000 | 8.50 |
| CN100 | Senior Consultant I | 0.100 | H | 192.0000 | 19.20 |

| | |
|---|---|
| **Net Amount** | 72.50 |
| **Sales Tax** | 3.64 |
| **Total Amount Due (USD)** | 76.14 |

**Open Items for Contract 40019827 as of 08/14/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| 08/01/2019 | Invoice | 90362852 | Upon Receipt | 76.14 | USD |
| | | | Total: | 98,440.91 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq Corporate Restructuring LLC          Tax ID: 33-1041096
Dept 0255
P.O. Box 120255                    For billing questions, call 913-621-9980
Dallas, TX 75312-0255              or billing@epiqglobal.com

**Payment by Wire:**
Bank:                 Silicon Valley Bank (Santa Clara, CA)
ABA Routing:          121140399
Acct No:              3300693042
SWIFT:                SVBKUS6S

**Bill-To**

Little River Healthcare
Attn: Legal Department
1700 Brazos Ave
Rockdale TX 76567

| Information | | |
|---|---|---|
| Invoice No. | 90371457 | Invoice Date | 09/01/2019 |
| Purchase Order No. | | |
| Customer No. | 3006610 | |
| Currency | USD | |
| Contract No. | 40019827 | |
| Contract Description | LRH LITTLE RIVER HEALTHCARE | |
| Terms of Payment | Payable upon receipt | |

**Comments**
Services for the month of August 2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AD300 | Admin. Support III | 2.400 | H | 49.0000 | 117.60 |
| CN100 | Senior Consultant I | 0.200 | H | 192.0000 | 38.40 |

| | | |
|---|---|---|
| Net Amount | | 156.00 |
| Sales Tax | | 7.80 |
| Total Amount Due  (USD) | | 163.80 |

**Open Items for Contract 40019827 as of 09/13/2019**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 12/01/2018 | Invoice | 90289843 | Upon Receipt | 44,241.15 | USD |
| 01/01/2019 | Invoice | 90299816 | Upon Receipt | 18,431.20 | USD |
| 02/01/2019 | Invoice | 90307667 | Upon Receipt | 8,798.54 | USD |
| 03/01/2019 | Invoice | 90317561 | Upon Receipt | 7,820.81 | USD |
| 04/01/2019 | Invoice | 90327249 | Upon Receipt | 7,076.68 | USD |
| 05/01/2019 | Invoice | 90336241 | Upon Receipt | 5,995.90 | USD |
| 06/01/2019 | Invoice | 90345646 | Upon Receipt | 5,883.19 | USD |
| 07/01/2019 | Invoice | 90353995 | Upon Receipt | 117.30 | USD |
| 08/01/2019 | Invoice | 90362852 | Upon Receipt | 76.14 | USD |
| 09/01/2019 | Invoice | 90371457 | Upon Receipt | 163.80 | USD |
| | | | Total: | 98,604.71 | USD |



CONFIDENTIAL