# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LITTLE RIVER HEALTHCARE HOLDINGS, LLC | § | |
| | § | CASE NO. 18-60526 |
| DEBTOR | § | |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective December 2, 2019, Linebarger Goggan Blair & Sampson, LLP relocated to:

Weston Centre
112 E. Pecan St, Suite 2200
San Antonio, TX 78205

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
112 E. Pecan St, Suite 2200
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By: __/s/ Don Stecker__
David G. Aelvoet (SBN 00786959)
Don Stecker (SBN 19095300)
Bradley S. Balderrama (SBN 24040464)
Attorney for Bexar County

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Change of Firm Address* was served electronically by the Court's Electronic Filing System to all parties receiving such notices on this 28th day of April, 2020.

      /s/ Don Stecker
David G. Aelvoet
Don Stecker
Bradley S. Balderrama