## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-60527 -RBK | Trustee Name: | James E. Studensky, Trustee |
| --- | --- | --- | --- |
| Case Name: | TIMBERLANDS HEALTHCARE, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Taxpayer ID No: | ********1890 | Account Number / CD #: | ******2122 Checking Account (Non-Interest Earn |
| For Period Ending: | 02/05/20 | Blanket Bond (per case limit): | $ 62,600,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/19 | 1 | DANIEL STARK LAW, PC<br>PO BOX 1153<br>BRYAN, TEXAS 77806 | ACCOUNTS RECEIVABLE | 1221-000 | 14,260.66 | | 14,260.66 |
| 06/18/19 | 1 | TUFTS ASSOCIATED HEALTH MAINTENANCE ORGANIZATION, INC HEALTHCARE ACCOUNT<br>705 MOUNT AUBURN STREET<br>WATERTOWN, MA 02472-1508 | ACCOUNTS RECEIVABLE | 1221-000 | 2,747.20 | | 17,007.86 |
| 06/18/19 | 1 | CAR WRECK MASTERS, PLLC<br>ATTORNEYS AT LAW<br>424 S. CESAR CHAVEZ BLVD.<br>DALLAS, TEXAS 75201 | ACCOUNTS RECEIVABLE | 1221-000 | 2,668.75 | | 19,676.61 |
| 06/18/19 | 1 | JIM S. ADLER & ASSOCIATES<br>ATTORNEYS AT LAW<br>1900 WEST LOOP SOUTH, 20TH FLOOR<br>HOUSTON, TEXAS 77027 | ACCOUNTS RECEIVABLE | 1221-000 | 732.90 | | 20,409.51 |
| 06/18/19 | 1 | THE DRISCOLL FIRM, P.C.<br>ONE METROPOLITAN SQUARE, 40TH FL.<br>SAINT LOUIS, MO 63102 | MEDICAL RECORDS PAYMENT | 1221-000 | 90.87 | | 20,500.38 |
| 06/18/19 | 1 | TREASURER OF CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>CHICAGO, IL | ACCOUNTS RECEIVABLE | 1221-000 | 42.85 | | 20,543.23 |
| 06/18/19 | 1 | BRICKSTREET MUTUAL INS. CO.<br>PO BOX 921<br>CHARLESTON, WV 25323-0921 | ACCOUNTS RECEIVABLE | 1121-003 | 2,641.22 | | 23,184.45 |
| 06/18/19 | 1 | TREASURER OF CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>CHICAGO, IL | ACCOUNTS RECEIVABLE | 1221-000 | 4,064.53 | | 27,248.98 |
| 06/18/19 | 1 | TREASURER OF CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>CHICAGO, IL | ACCOUNTS RECEIVABLE | 1221-000 | 3,131.68 | | 30,380.66 |

EXH A

Page: 1

LFORM2T4

Ver: 22.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-60527 -RBK
Case Name: TIMBERLANDS HEALTHCARE, LLC
Taxpayer ID No: **-***1890
For Period Ending: 02/05/20

Trustee Name: James E. Studensky, Trustee
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: *******2122 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 62,600,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/19/19 | | TEXAS MEDICAID & HEALTHCARE PARTNERSHIP<br>12357-B RIATA TRACE PARKWAY<br>AUSTIN, TEXAS 78727 | ACCOUNTS RECEIVABLE | 1121-003 | 1,490.91 | | 31,871.57 |
| 06/19/19 | 1 | INDUSTRIAL SERVICES MANAGEMENT 1, LLC<br>PO BOX 608<br>MOUNT VERNON, IN 47620 | ACCOUNTS RECEIVABLE | 1221-000 | 1,604.26 | | 33,475.83 |
| 06/19/19 | 1 | UNITEDHEALTHCARE INSURANCE COMPANY<br>PO BOX 31362<br>SALT LAKE CITY, UT 84131-0362 | ACCOUNTS RECEIVABLE | 1221-000 | 548.26 | | 34,024.09 |
| 06/19/19 | 1 | UNITEDHEALTHCARE INSURANCE COMPANY<br>PO BOX 31362<br>SALT LAKE CITY, UT 84131-0362 | ACCOUNTS RECEIVABLE | 1221-000 | 11,108.33 | | 45,132.42 |
| 06/19/19 | 1 | UNITEDHEALTHCARE INSURANCE COMPANY<br>PO BOX 31362<br>SALT LAKE CITY, UT 84131-0362 | ACCOUNTS RECEIVABLE | 1221-000 | 315.74 | | 45,448.16 |
| 06/19/19 | 1 | UNITEDHEALTHCARE INSURANCE COMPANY<br>PO BOX 31362<br>SALT LAKE CITY, UT 84131-0362 | ACCOUNTS RECEIVABLE | 1221-000 | 1,634.45 | | 47,082.61 |
| 06/19/19 | 1 | UNITEDHEALTHCARE INSURANCE COMPANY<br>PO BOX 740819<br>ATLANTA, GA 30374-0819 | ACCOUNTS RECEIVABLE | 1221-000 | 1,618.98 | | 48,701.59 |
| 06/19/19 | 1 | UNITEDHEALTHCARE<br>PO BOX 740819<br>ATLANTA, GA 30374-0819 | ACCOUNTS RECEIVABLE | 1221-000 | 71.58 | | 48,773.17 |
| 06/19/19 | 1 | UNITEDHEALTHCARE<br>PO BOX 740819<br>ATLANTA, GA 30374-0819 | ACCOUNTS RECEIVABLE | 1221-000 | 81.26 | | 48,854.43 |
| 06/19/19 | 1 | UNITEDHEALTHCARE INSURANCE COMPANY<br>PO BOX 31362<br>SALT LAKE CITY, UT 84131-0362 | ACCOUNTS RECEIVABLE | 1121-003 | 2,823.75 | | 51,678.18 |
| 06/19/19 | 1 | INDUSTRIAL SERVICES MANAGEMENT 1, LLC<br>PO BOX 608<br>MOUNT VERNON, IN 47620 | ACCOUNTS RECEIVABLE | 1221-000 | 2,821.00 | | 54,499.18 |
| 06/19/19 | 1 | HEALTHPARTNERS ADMINISTRATORS, INC. | | | | | |

LFORM2T4

Ver: 22.02c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-60527 -RBK
Case Name: TIMBERLANDS HEALTHCARE, LLC
Taxpayer ID No: **********1890
For Period Ending: 02/05/20

Trustee Name: James E. Studensky, Trustee
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: ********2122 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 62,600,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/19/19 | 1 | UNITEDHEALTHCARE INSURANCE COMPANY<br>PO BOX 1309<br>MINNEAPOLIS, MN 55440-1309<br>8170 33RD AVENUE SOUTH | ACCOUNTS RECEIVABLE | 1221-000 | 151.06 | | 54,650.24 |
| 06/19/19 | 1 | PPS ELEC PMT CLEARING HOUSE TRUST<br>PO BOX 31362<br>SALT LAKE CITY, UT 84131-0362 | ACCOUNTS RECEIVABLE | 1121-003 | 1,442.55 | | 56,092.79 |
| 06/19/19 | | OLD SURETY LIFE INSURANCE COMPANY<br>SUITE 300<br>CLEARWATER, FL 33764<br>18167 US HWY 19 NORTH | ACCOUNTS RECEIVABLE | 1221-000 | 79.20 | | 56,171.99 |
| 06/19/19 | 1 | WHITEHALL GS LLC<br>PO BOX 54407<br>OKLAHOMA CITY, OK. 73154<br>OPERATING ACCOUNT | ACCOUNTS RECEIVABLE | 1221-000 | 411.47 | | 56,583.46 |
| 06/19/19 | | CLAIMS MANAGEMENT, INC.-WALMART<br>400 RELIA BLVD STE. 200<br>MONTEBELIO, NY 10901 | ACCOUNTS RECEIVABLE | 1121-003 | 1,081.13 | | 57,664.59 |
| 06/19/19 | 1 | UNIFORMED SERVICES FAMILY HEALTH PLAN<br>PO BOX 14731<br>LEXINGTON, KY 40512-4731 | ACCOUNTS RECEIVABLE | 1221-000 | 631.30 | | 58,295.89 |
| 06/19/19 | 1 | CHRISTUS HEALTH<br>919 HIDDEN RIDGE DRIVE<br>IRVING, TEXAS 75038 | ACCOUNTS RECEIVABLE | 1221-000 | 487.72 | | 58,783.61 |
| 06/26/19 | 2 | UNIFORMED SERVICES FAMILY HEALTH PLAN<br>CHRISTUS HEALTH<br>919 HIDDEN RIDGE DRIVE<br>IRVING, TEXAS 75038<br>TEXAS COMPTROLLER<br>OF PUBLIC ACCOUNTS | REFUND | 1229-000 | 33.60 | | 58,817.21 |

LFORM2T4     Ver: 22.02c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-60527 -RBK
Case Name: TIMBERLANDS HEALTHCARE, LLC
Taxpayer ID No: \*\*\*\*\*\*\*\*1890
For Period Ending: 02/05/20

Trustee Name: James E. Studensky, Trustee
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: \*\*\*\*\*\*2122 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 62,600,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/26/19 | 2 | AUSTIN, TEXAS TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AUSTIN, TEXAS | REFUND | 1229-000 | 18.00 | | 58,835.21 |
| 06/26/19 | 2 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AUSTIN, TEXAS | REFUND | 1229-000 | 18.00 | | 58,853.21 |
| 06/26/19 | 1 | WINFIELD REHAB & NURSING 400 RELIA BLVD. STE. 200 MONTEBELLO, NY 10901 | ACCOUNTS RECEIVABLE | 1221-000 | 224.40 | | 59,077.61 |
| 06/26/19 | 1 | GENCO PHARMACEUTICAL SERVICES 6101 NORTH 64TH STREET MILWAUKEE, WI 53218 | ACCOUNTS RECEIVABLE | 1221-000 | 108.09 | | 59,185.70 |
| 06/26/19 | 1 | KENNETH W. SMITH ATTORNEY AT LAW 7447 HARWIN DR. SUITE 201 HOUSTON, TEXAS 77036 | ACCOUNTS RECEIVABLE | 1221-000 | 59.06 | | 59,244.76 |
| 06/26/19 | 1 | BURKE 2001 SO. MEDFORD DRIVE LUFKIN, TEXAS 75901 | ACCOUNTS RECEIVABLE | 1221-000 | 223.25 | | 59,468.01 |
| 06/26/19 | 1 | CONSOLIDATED HEALTH PLANS INSURED BY NATIONWIDE LIFE INS CO. 2077 ROOSEVELT AVENUE SPRINGFIELD MA 01104 | ACCOUNTS RECEIVABLE | 1221-000 | 112.02 | | 59,580.03 |
| 06/26/19 | 1 | GEISINGER HEALTH PLAN 100 N ACADEMY AVE DANVILLE PA 17822 | ACCOUNTS RECEIVABLE | 1221-000 | 195.35 | | 59,775.38 |
| 06/26/19 | 1 | UNITED HEALTHCARE SERVICES, INC PO BOX 740809 ATLANTA, GA 30374-3210 | ACCOUNTS RECEIVABLE | 1221-000 | 37.64 | | 59,813.02 |
| 06/26/19 | 1 | UNITED HEALTHCARE SVS, INC PO BOX 1459 | ACCOUNTS RECEIVABLE | 1221-000 | 66.19 | | 59,879.21 |

LFORM2T4

Page: 4

Ver: 22.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-60527 -RBK | | Trustee Name: | James E. Studensky, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | TIMBERLANDS HEALTHCARE, LLC | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | ********2122 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | ********1890 | | Blanket Bond (per case limit): | $ 62,600,000.00 |
| For Period Ending: | 02/05/20 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/26/19 | 1 | GENCO PHARMACEUTICAL SERVICES<br>6101 NORTH 64TH STREET<br>MILWAUKEE, WI 53218<br>MINNEAPOLIS, MN 55440-1459 | ACCOUNTS RECEIVABLE | 1221-000 | 108.09 | | 59,987.30 |
| 06/26/19 | 1 | BLUECROSS BLUESHIELD<br>OF MISSISSIPPI<br>PO BOX 1043<br>JACKSON, MS 39215-1043 | ACCOUNTS RECEIVABLE | 1221-000 | 69.63 | | 60,056.93 |
| 07/03/19 | 1 | THE CARLSON LAW FIRM<br>100 E. CENTRAL TEXAS FREEWAY<br>KILLEEN, TEXAS 76547 | ACCOUNTS RECEIVABLE | 1221-000 | 313.32 | | 60,370.25 |
| 07/08/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.32 | 60,347.93 |
| 07/23/19 | | BRICKSTREET MUTUAL INS. CO.<br>PO BOX 921<br>CHARLESTON, WV 25323-0921 | ACCOUNTS RECEIVABLE | 1121-003 | -2,641.22 | | 57,706.71 |
| 07/23/19 | | TEXAS MEDICAID & HEALTHCARE<br>PARTNERSHIP<br>12357-B RIATA TRACE PARKWAY<br>AUSTIN, TEXAS 78727 | ACCOUNTS RECEIVABLE | 1121-003 | -1,490.91 | | 56,215.80 |
| 07/23/19 | | INDUSTRIAL SERVICES MANAGEMENT I, LLC<br>PO BOX 608<br>MOUNT VERNON, IN 47620 | ACCOUNTS RECEIVABLE | 1121-003 | -2,823.75 | | 53,392.05 |
| 07/23/19 | | PPS ELEC PMT CLEARING HOUSE TRUST<br>18167 US HWY 19 NORTH<br>SUITE 300<br>CLEARWATER, FL 33764 | ACCOUNTS RECEIVABLE | 1121-003 | -1,442.55 | | 51,949.50 |
| 07/23/19 | 1 | CLAIMS MANAGEMENT, INC.-WALMART<br>PO BOX 14731<br>LEXINGTON, KY 40512-4731 | ACCOUNTS RECEIVABLE | 1121-003 | -1,081.13 | | 50,868.37 |
| 08/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 53.93 | 50,814.44 |
| 08/19/19 | 1 | TEXAS FARM BUREAU CASUALTY<br>INSURANCE COMPANY | ACCOUNTS RECEIVABLE | 1221-000 | 9,942.32 | | 60,756.76 |

LFORM274     Ver: 22.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-60527 -RBK
Case Name: TIMBERLANDS HEALTHCARE, LLC
Taxpayer ID No: ********1890
For Period Ending: 02/05/20

Trustee Name: James E. Studensky, Trustee
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: ******2122 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 62,600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/19 | | [BARBARA OLAJIDE MED BILL] PO BOX 2689 WACO, TEXAS 76702-2689 FIRST NATIONAL BANK 102 W. ILLINOIS VINITA, OK 74301 [RETURN CHECK CHARGE] Reverses Adjustment IN on 08/19/19 | RETURN ITEM DEBIT | 2990-003 | 37.64 | | 60,794.40 |
| 08/27/19 | | UNITED HEALTCARE PO BOX 740809 ATLANTA, GA 30374 | RETURN ITEM DEBIT | 1121-000 | -37.64 | | 60,756.76 |
| 08/27/19 | | | RETURN ITEM DEBIT | 2990-003 | | 37.64 | 60,719.12 |
| 09/09/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 58.34 | 60,660.78 |
| 10/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 62.34 | 60,598.44 |
| 10/11/19 | 1 | BLUECROSS BLUESHIELD OF TEXAS 300 E. RANDOLPH CHICAGO, TEXAS 60601-5099 | ACCOUNTS RECEIVABLE | 1221-000 | 433.36 | | 61,031.80 |
| 11/06/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 61,031.80 | 0.00 |

| Account ******2122 | Balance Forward | | 0.00 | | |
|---|---|---|---|---|---|
| | 48 | Deposits | 61,266.37 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 234.57 |
| | | | | 1 | Transfers Out | 61,031.80 |
| | | Subtotal | $ 61,266.37 | | | |
| | 2 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 61,266.37 | | Total | $ 61,266.37 |

Page: 6

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-60527 -RBK | Trustee Name: | James E. Studensky, Trustee |
| Case Name: | TIMBERLANDS HEALTHCARE, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0040  Checking Account |
| Taxpayer ID No: | *******1890 | Blanket Bond (per case limit): | $ 62,600,000.00 |
| For Period Ending: | 02/05/20 | Separate Bond (if applicable): | |

Page: 7

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/19 | | Trsf In From FIRST NATIONAL BANK OF INTERNATIONAL SURETIES, LTD 701 POYDRAS ST. SUITE 420 NEW ORLEANS, LA 70139 | INITIAL WIRE TRANSFER IN | 9999-000 | 61,031.80 | | 61,031.80 |
| 12/04/19 | 020001 | | BOND PREMIUM FOR 2019 #016071777 | 2300-000 | | 21.15 | 61,010.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCTS TEXAS DEPT. OF HEALTH AND HUMAN SERVICES PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,028.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TEXAS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,046.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TEXAS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,064.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TEXAS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,082.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS TEXAS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,100.65 |

LFORM2T4

Ver: 22.02c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-60527 -RBK
Case Name: TIMBERLANDS HEALTHCARE, LLC
Taxpayer ID No: \*\*\*\*\*\*\*1890
For Period Ending: 02/05/20

Trustee Name: James E. Studensky, Trustee
Bank Name: Axos Bank
Account Number / CD #: \*\*\*\*\*\*\*0040 Checking Account
Blanket Bond (per case limit): $ 62,600,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,118.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 36.00 | | 61,154.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,172.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,190.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,208.65 |
| 02/01/20 | 1 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | ACCOUNTS RECEIVABLE | 1221-000 | 18.00 | | 61,226.65 |

LFORM274

Page: 8

Ver. 22.02c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-60527 -RBK
Case Name: TIMBERLANDS HEALTHCARE, LLC
Taxpayer ID No: ********1890
For Period Ending: 02/05/20

Trustee Name: James E. Studensky, Trustee
Bank Name: Axos Bank
Account Number / CD #: ********0040 Checking Account
Blanket Bond (per case limit): $ 62,600,000.00
Separate Bond (if applicable):

Page: 9

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From Description Of Transaction | 4 Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|
| | | HEALTH AND HUMAN SERVICES COMMISSION PO BOX 149030 AUSTIN, TEXAS 78714 | | | | |

Account ********0040

| | | | | | |
|---|---|---|---|---|---|
| Balance Forward | | 0.00 | | | 21.15 |
| 11 | Deposits | 216.00 | 1 | Checks | 21.15 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 216.00 | | Total | $ 21.15 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 61,031.80 | | | |
| | Total | $ 61,247.80 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 1 | Checks | 21.15 |
| 59 | Deposits | 61,482.37 | 5 | Adjustments Out | 234.57 |
| 0 | Interest Postings | 0.00 | 1 | Transfers Out | 61,031.80 |
| | Subtotal | $ 61,482.37 | | Total | $ 61,287.52 |
| 2 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 61,031.80 | | | |
| | Total | $ 122,514.17 | | Net Total Balance | (61,226.65) |

JAMES E. STUDENSKY, TRUSTEE

Trustee's Signature: /s/ James E. Studensky, Trustee       Date: 02/05/20
JAMES E. STUDENSKY, TRUSTEE

LFORM2T4

Ver: 22.02c