Bankruptcy Estate of Little River Healthcare Holdings, LLC

Hidden Assets, LLC Research and Service Fee Agreement

6/18/2020



To: James Studensky, Trustee

From: Kelly Thompson, Asset Recovery Specialist, Hidden Assets, LLC

This is a research and service fee agreement between Hidden Assets, LLC and James Studensky, Trustee of the Bankruptcy Estate of Little River Healthcare Holdings, LLC

Case Number: 18-60526-rbk

Date filed: 07/24/2018

Date converted: 12/07/2018

Debtor: Little River Healthcare Holdings, LLC

1. James Studensky, Trustee enlists the help of Hidden Assets, LLC for the recovery of money due the Bankruptcy Estate of Little River Healthcare Holdings, LLC

2. Amount of money held by the agency that the Bankruptcy Estate can recovery is believed by Hidden Assets, LLC to be $78,098.

The monies will be disbursed as follows:

Bankruptcy Estate is to receive 100 % of all the monies or property recovered from the research, services and information provided by Hidden Assets, LLC.

Hidden Assets, LLC will be paid by the Bankruptcy Estate 25% of the net monies recovered by the Bankruptcy Estate from the assets, after costs of liquidation or sale, if any.

Hidden Assets, LLC is to be paid from Bankruptcy Estate after Bankruptcy Estate receives funds and they have cleared Bankruptcy Estate account.

3. Bankruptcy Estate is responsible for all costs, if any, associated with the retrieval of the funds from the agency where these funds are held, but Hidden Assets, LLC is not authorized to incur any costs on behalf of the Bankruptcy Estate. If payment of any costs is necessary, Hidden Assets, LLC will notify the Trustee so the Trustee can determine, in his sole discretion, whether to pay such costs. If any costs are incurred by Hidden Assets, LLC such costs will be the responsibility of Hidden Assets, LLC.

4. Upon execution of this Agreement, the source of funds, how to collect these assets and all research information done by Hidden Assets, LLC will be provided.

5. Hidden Assets, LLC will provide services to the Trustee to prosecute the claims for the funds located if needed.

6. This Agreement is subject to approval of the Bankruptcy Court.

Signed _____Kelly Thompson_____ Dated _____6/18/2020_____

Printed name of Bankruptcy Estate representative: James Studensky in his capacity as chapter 7 trustee of the Bankruptcy Estate of Little River Healthcare Holdings, LLC and not in his individual capacity_____

Title of Bankruptcy Estate representative: _____Chapter 7 Trustee