IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LITTLE RIVER HEALTHCARE HOLDINGS, LLC, *et al.*[1] § § § DEBTORS. § § | CASE NO. 18-60526-RBK CHAPTER 7 |

EXH B

## DECLARATION OF KELLY THOMPSON IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION FOR RETENTION OF HIDDEN ASSETS, LLC

I, Kelly Thompson, declare as follows:

1. My name is Kelly Thompson. I am over the age of 18 years, and I am competent to make this Declaration. I have personal knowledge of the facts stated herein, and every statement contained herein is true and correct.

2. I am the owner of Hidden Assets, LLC (the "Hidden Assets"). Hidden Assets maintains offices at ____1008 Ross St, Terrell, Texas_____. Hidden Asset's main telephone number is ____214-543-1336_____, and the main email address is __kelly@hiddenassets.biz_____-.

3. I submit this Declaration in connection with the Application of the Trustee to retain Hidden Assets as professional to the Trustee (the "Application"), and to provide the disclosures required under § 327 of the Bankruptcy Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, and Rule 2014 of the Local Rules of the United States Bankruptcy Court for the Western District of Texas (the "Local Rules").

### Professional Qualifications

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688).

Exhibit B Declaration of Kelly Thompson

4. As set forth in the Application, the Trustee seeks to retain Hidden Assets to investigate and pursue claims to Unclaimed Funds. Hidden Assets has extensive experience in investigating and locating assets like the Unclaimed Funds.

### Disinterestedness of Professionals

5. To the best of my knowledge, neither I nor Hidden Assets, insofar as I have been able to ascertain and except as set forth herein: (a) hold or represent any interest adverse to the Debtors, the Trustee, or the estate; (b) represent any other entity in connection with this case having an interest adverse to the Trustee or the Debtors' estate. In addition, insofar as I have been able to ascertain, other than in connection with this case or as set forth herein, Hidden Assets has no connection with the Debtors, their creditors, or any other party-in-interest herein.

6. I have thus far ascertained that Hidden Assets:

a. is not an equity security holder of the Debtors or an "insider" of the Debtors, as that term is defined in § 101(31) of the Bankruptcy Code;

b. is not and has not been, within two (2) years before the date of the filing of the petition, a director, officer, or employer of the Debtors; and

c. does not have an interest materially adverse to the interests of the Debtors' estate, or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any reason.

7. Hidden Assets does not hold a claim in this bankruptcy case and has not received any payments from the Trustee to date. Except as set forth herein, neither I nor Hidden Assets have had any connection with the Trustee, and by reason of the foregoing, I believe Hidden Assets is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __9th__ day of July, 2020.

/s/ Kelly Thompson
Kelly Thompson

Exhibit B Declaration of Kelly Thompson