**The relief described hereinbelow is SO ORDERED.**

**Signed August 14, 2020.**



_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| **LITTLE RIVER HEALTHCARE** | § | Case No. 18-60526-rbk |
| **HOLDINGS, LLC,** *et al.*[1] | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

### ORDER APPROVING RETENTION OF HIDDEN ASSETS, LLC PURSUANT TO 11 U.S.C. §327(a)

ON THIS DAY, the Court considered the *Application for Retention of Hidden Assets, LLC Pursuant to 11 U.S.C. § 327(a)* (the "Application") [Dkt. No. _____] and the responses, if any.

The Court finds that the Application has merit and should be and hereby is GRANTED.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688).

3442925.v1

**ORDERED**, that the employment of Hidden Assets, LLC ("Hidden Assets") as professional for the Trustee under the engagement letter attached as Exhibit A to the Application, be, and is hereby, approved.

**ORDERED**, that final compensation for services provided by Hidden Assets will be paid upon application to this Court only after notice and hearing, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com