# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 18-60529 -RBK |
| Case Name: | CANTERA WAY VENTURES, LLC |
| Taxpayer ID No: | *******7815 |
| For Period Ending: | 08/17/20 |



| | |
|---|---|
| Trustee Name: | James E. Studensky, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0172  Checking Account |
| Blanket Bond (per case limit): | $ 62,600,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/20 | 1 | BRAD AND KATHERINE SCHAFER 1611 S MAIN ST. GEORGETOWN, TEXAS 78626 | EARNEST MONEY DEPOSIT | 1110-000 | 500.00 | | 500.00 |
| 06/23/20 | 1 | GEORGETOWN TITLE COMPANY 702 ROCK STREET GEORGETOWN, TEXAS 78826 (WIRE IN) | SALE OF REAL PROPERTY | | 320,008.56 | | 320,508.56 |
| | | GEORGETOWN TITLE COMPANY | Memo Amount:          360,000.00 SALE OF REAL PROPERTY | 1110-000 | | | |
| | | KELLER WILLIAMS | Memo Amount:        (      21,600.00 ) REAL ESTATE AGENT FEE | 3510-000 | | | |
| | | WILLIAMSON TAX OFFICE | Memo Amount:        (      14,570.37 ) DELIQUENT PROPERTY TAXES | 4700-000 | | | |
| | | STEVE RICHMOND | Memo Amount:        (       1,518.77 ) PROPERTY TAXES-CURRENT YR PRORATION | 2820-000 | | | |
| | | GEORGETOWN TITLE COMPANY | Memo Amount:        (       2,302.30 ) CLOSING EXPENSES | 2500-000 | | | |
| 07/06/20 | 1 | INDEPENDENCE TITLE COMPANY 5900 SHEPHERD MOUNTAIN COVE BLDG.2, STE 200 AUSTIN, TEXAS 78730 (WIRE DEPOSIT) | SALE OF REAL PROPERTY | | 307,882.09 | | 628,390.65 |
| | | INDEPENDENCE TITLE COMPANY | Memo Amount:          350,000.00 SALE OF REAL PROPERTY | 1110-000 | | | |
| | | KELLER WILLIAMS REALTY | Memo Amount:        (      21,000.00 ) REAL ESTATE AGENT FEE | 3510-000 | | | |
| | | WILLIAMSON COUNTY TAX COLLECTOR | Memo Amount:        (      16,054.17 ) AD VALOREM TAXES PAID PER CT ORDER | 4800-000 | | | |
| | | INDEPENDENCE TITLE COMPANY | Memo Amount:        (       5,063.74 ) CLOSING EXPENSES | 2500-000 | | | |

LFORM2T4

Ver: 22.02e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 18-60529 -RBK |
| Case Name: | CANTERA WAY VENTURES, LLC |
| | |
| Taxpayer ID No: | *******7815 |
| For Period Ending: | 08/17/20 |

| | |
|---|---|
| Trustee Name: | James E. Studensky, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0172  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 62,600,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account *******0172 | | Balance Forward | 0.00 | | | | |
| | 3 | Deposits | 628,390.65 | | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 628,390.65 | | | | |
| | | | | | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 628,390.65 | | | | |

| | |
|---|---|
| Memo Allocation Receipts: | 710,000.00 |
| Memo Allocation Disbursements: | 82,109.35 |
| Memo Allocation Net: | 627,890.65 |

JAMES E. STUDENSKY, TRUSTEE

/s/     James E. Studensky, Trustee

Trustee's Signature: _____  Date: 08/17/20

JAMES E. STUDENSKY, TRUSTEE

LFORM2T4

Ver: 22.02e