**The relief described hereinbelow is SO ORDERED.**

**Signed September 10, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| **LITTLE RIVER HEALTHCARE** | § | Case No. 18-60526-rbk |
| **HOLDINGS, LLC,** *et al.* | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S COMBINED FINAL REPORT AND MOTION TO AUTHORIZE DISBURSEMENTS AND APPLICATION FOR APPROVAL OF TRUSTEE COMPENSATION (RELATING TO THE BANKRUPTCY ESTATE OF DEBTOR CANTERA WAY VENTURES, LLC)

ON THIS DAY, the Court considered the Chapter 7 Trustee's *Combined Final Report and Motion to Authorize Disbursement and Application for Approval of Trustee Compensation (Relating to the Bankruptcy Estate of Debtor Cantera Way Ventures, LLC* [Dkt. No. 1260] (the "Motion"), and the Court, being of the opinion that the Motion is well taken, will hereby approve same.

**IT IS, THEREFORE, ORDERED** that the Motion is **GRANTED** as laid out herein.

**IT IS, FURTHERMORE, ORDERED** that the Trustee is authorized and directed to

3605530.v1

disburse the $628,309.65 in the bankruptcy estate of Debtor Cantera Way Ventures, LLC, as follows:

>   1) $325.00 to the U.S. Trustee for UST quarterly fees;
>   2) $38,775.00 in statutory commission to the Trustee;
>   3) $589,290.65 into the bankruptcy estate of Rockdale Blackhawk, LLC.

**IT IS, FURTHERMORE, ORDERED** that the Motion is approved as the Trustee's Final Report in the bankruptcy case of Cantera Way Ventures, LLC.

# # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com